# ORIGINAL United States District Court

_____ DISTRICT OF  Guam U.S.A.

CONTINENTAL MICRONESIA, INC.
401(K) SAVINGS PLAN,
            Plaintiff,

V.

ELMA TMECHERUR and
MADELINE RUBASCH,
            Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **04-00032**



TO: (Name and address of defendant)

MADELINE RUBASCH

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Ledger, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(BY) DEPUTY CLERK

DATE

JUN 3 0 2004

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>July 12, 2004 |
| NAME OF SERVER (PRINT)<br>June M. Cruz Borja | TITLE<br>Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via regular and certified mail to Madeline Rubasch, Post Office Box 874, Koror, PW 96940.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 12, 2004
             Date

Signature of Server
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.