**ORIGINAL** **United States District Court**

**FILED DISTRICT COURT OF GUAM**
**JUL 20 2004**
**MARY L. M. MORAN**
**CLERK OF COURT**

DISTRICT OF Guam U.S.A.

CONTINENTAL MICRONESIA, INC.
401(K) SAVINGS PLAN,
    Plaintiff,

V.

ELMA TMECHERUR and
MADELINE RUBASCH,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04-00032**



TO: (Name and address of defendant)

ELMA TMECHERUR

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Ledger, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within   Twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

DATE: **JUN 30 2004**

CLERK

_/s/_

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]   DATE 7/19/04

NAME OF SERVER (PRINT) RHINALDO S. AGULTO   TITLE PROCESS SERVER

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: at her residence in Kagman, Saipan

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $20.00 | TOTAL $20.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/19/04
Date

Signature of Server: Rhinaldo S Agulto

Address of Server: P.O. Box 5345 CHRB Saipan, MP 96950

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.