ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>ELMA TMECHERUR and MADELINE RUBASCH,<br><br>Defendants, | CIVIL CASE NO. 04-00032<br><br>**REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF DAVID LEDGER IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

### REQUEST FOR ENTRY OF DEFAULT

To:   Clerk, District Court of Guam

Please enter the default of Defendants Elma Tmecherur and Madeline Rubasch for their failure to plead or otherwise defend this action, as appears from the accompanying Declaration of David Ledger.

DATED this __13th__ day of September 2004.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan

4827-8971-2128.1.013280-00086

## DECLARATION OF DAVID LEDGER IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, DAVID LEDGER, state as follows:

1. I am the attorney of record for Plaintiff in this action.

2. Though Defendants have been served with the summons and complaint, neither Defendants nor legal counsel have appeared in this action within the time allowed by law or court rules.

3. To the best of my knowledge, said defendants are neither minors, nor incompetent.

4. To the best of my knowledge, said defendants are not in military service.

5. This application for entry of default judgment has been served as required by law.

6. Plaintiff prayed in the Complaint to be discharged from any and all liability on account of the claims of Defendants provided that Plaintiff pay into the Court or the party designated by the Court the Plan Benefit.

7. That Defendants be restrained and permanently enjoined from instituting any action against Plaintiff for the recovery of any amounts arising from competing claims to the Plan Benefit.

8. Plaintiff be awarded its costs and reasonable attorney's fees in bringing this action.

DATED this __13th__ day of September, 2004.

CARLSMITH BALL LLP

DAVID LEDGER
Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan