ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan


FILED
DISTRICT COURT OF GUAM
SEP 15 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>ELMA TMECHERUR and MADELINE RUBASCH,<br><br>Defendants, | CIVIL CASE NO. 04-00032<br><br>**ENTRY OF DEFAULT** |

It appearing from the records and files herein that Defendants Elma Tmecherur and Madeline Rubasch have failed to plead or otherwise defend in this action, the default of said Defendant is hereby entered.

DATED: September 15, 2004.

Mary L.M. Moran
Clerk of Court
District Court of Guam

By: _____
Deputy Clerk

4830-6299-7248.1.013280-00086

RECEIVED
SEP 13 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case 1:04-cv-00032   Document 6   Filed 09/15/2004   Page 1 of 1