ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan

FILED
DISTRICT COURT OF GUAM
SEP 27 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>ELMA TMECHERUR and MADELINE RUBASCH,<br><br>Defendants, | CIVIL CASE NO. 04-00032<br><br>**NOTICE OF MOTION FOR DEFAULT JUDGMENT BY COURT** |

Take notice that Plaintiff will move this Court, located on the 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, in the city of Hagåtña, Guam on _____, at _____ .m., or as soon thereafter as counsel may be heard, for a default judgment for the relief demanded in the complaint.

DATED this _29_ day of September, 2004.

CARLSMITH BALL LLP

DAVID LEDGER
Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan