ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ELMA TMECHERUR and MADELINE RUBASCH,<br><br>　　　　　　Defendants, | CIVIL CASE NO. 04-00032<br><br>**STATEMENT REGARDING HEARING DATE; DECLARATION OF DAVID LEDGER** |

　　　　　No agreement of hearing date is submitted herewith due to the fact that neither defendants nor counsel have appeared in this action, all as set forth in the accompanying Declaration of David Ledger.

　　　　　DATED this 27 day of September, 2004.

CARLSMITH BALL LLP

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ DAVID LEDGER
　　　　　　　　　　　　　　　　　　　　　　　　　DAVID LEDGER
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　Continental Micronesia, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　401(K) Savings Plan

## DECLARATION OF DAVID LEDGER

I, DAVID LEDGER, state as follows:

1. I am one of the attorneys of record for Plaintiff.

2. Defendants have been served with the summons and complaint and default has been entered for failure to appear or defend. In fact, or about August 10, 2004, an Attorney from Micronesian Legal Services in Palau contacted me to discuss the Complaint on behalf of Madeline Rubasch.

3. Said defendants default was entered on September 15, 2004.

4. To the best of my knowledge, said defendants are neither minors, nor incompetent.

5. To the best of my knowledge, said defendants are not in military service.

6. Notice of the application for judgment has been given as required by Fed.R.Civ.P 55(b)(2).

7. The Plaintiff prayed in the complaint to be discharged from any and all liability on account of the claims of Defendants provided that Plaintiff pay into the Court or the party designated by the Court the Plan benefit. That Defendants be restrained and permanently enjoined from instituting any action against Plaintiff for the recovery of any amounts arising from competing claims to the Plan Benefit. That Plaintiff be awarded its costs and reasonable attorney's fees in bringing this action.

///

///

///

///

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24 day of September, 2004.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan