FILED
DISTRICT COURT OF GUAM
SEP 28 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>ELMA TMECHERUR and MADELINE RUBASCH,<br><br>Defendants. | Civil Case No. 04-00032<br><br><br><br>MINUTES |

(√) SCHEDULING CONFERENCE     ( ) PRELIMINARY PRETRIAL CONFERENCE
(September 28, 2004, 10:35 a.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Notes**: Appearing on behalf of the Plaintiff was Attorney Elyze J.T. McDonald. Neither defendant appeared.

Magistrate Judge Manibusan informed Attorney McDonald that the Court is in receipt of the Plaintiff's motion for default judgment. Because neither defendant has made an appearance and the case involved a sum certain, Attorney McDonald and Judge Manibusan concurred that a hearing on the motion would likely be unnecessary.

Attorney McDonald informed the Court that defendant Rubasch's counsel had been in contact with her office and discussed the possibility of a suit being initiated in Palau. Attorney McDconald stated that her office has not had further communications with the defendant on this matter.

Attorney McDonald and Magistrate Judge Manibusan discussed the availability of the Magistrate Judge to hear and dispose of the entire case with just the Plaintiff's consent since neither defendant has yet made an appearance. Attorney McDonald stated that she would weigh her options.

The Scheduling Conference concluded at 10:41 a.m.

Dated: September 28, 2004.

_____
JUDITH P. HATTORI
Law Clerk