FILED
DISTRICT COURT OF GUAM
NOV 10 2004
MARY L. M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN,<br>Plaintiff,<br><br>v.<br><br>ELMA TMECHERUR and MADELINE RUBASCH,<br>Defendants. | Civil Case No. 04-00032<br><br>**ORDER** |

The Plaintiff filed a Motion for Default Judgment on September 27, 2004. However, upon further review of the file, the Court finds that it needs additional information before it can make its ruling on the motion and/or proceed with the case. Accordingly, the Court sets this matter for a Status Hearing on December 1, 2004 at 10:30 a.m.

IT IS SO ORDERED, this 10th day of November, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge