FILED
DISTRICT COURT OF GUAM
DEC - 1 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN,<br><br>  Plaintiff,<br><br>  vs.<br><br>ELMA TMECHERUR and MADELINE RUBASCH,<br><br>  Defendants. | Civil Case No. 04-00032<br><br>MINUTES |

( ) SCHEDULING CONFERENCE      ( ) PRELIMINARY PRETRIAL CONFERENCE
( ) FINAL PRETRIAL CONFERENCE    (√) STATUS CONFERENCE
(December 1, 2004, 10:20 a.m.)

**Notes**: Appearing on behalf of the Plaintiff was Attorney David Ledger. Neither defendant appeared.

    Magistrate Judge Manibusan inquired as to how much money was at stake in the this action. Attorney Ledger stated that the plan proceeds were just under $100,000.

    Magistrate Judge Manibusan inquired into the validity of the marriage and divorce documents presented to the Plaintiff by the defendants/claimants. Attorney Ledger stated that this case was initiated because the Plaintiff was concerned it would be paying the wrong person in light of the uncertainty surrounding the competing marriages and supporting documents. Attorney Ledger advised the Court about the communications he had with the defendants and their counsel.

Magistrate Judge Manibusan stated he was not opposed to allowing the Plaintiff to deduct its attorneys fees and costs from the amount to be distributed. Magistrate Judge Manibusan, however, also stated that the Plaintiff's motion for default judgment does not advance this litigation nor further the goal of distributing the plan proceeds to the rightful surviving spouse. Magistrate Judge Manibusan suggested that the Plaintiff move to have the Court determine to whom the Plaintiff should distribute the plan proceeds. The Plaintiff could submit proposed findings of fact and conclusions of law ("FoF & CoL") for the Court to adopt or reject. Both defendants would be served with copies of the motion and proposed FoF & CoL. This would give the defendants additional notice to make an appearance or take action if they wanted to be heard prior to the Court making a final determination as to whom should receive the plan proceeds. The motion would also advise the defendants that the Court would award the Plaintiff's its attorneys fees and costs. Attorney Ledger stated he would discuss this option with his client.

The Scheduling Conference concluded at 10:47 a.m.

Dated: December 1, 2004.

_____
JUDITH P. HATTORI
Law Clerk