# ˙ ORIGINAL●

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan



**FILED**
DISTRICT COURT OF GUAM

JAN 10 2005

**MARY L.M. MORAN**
CLERK OF COURT



## IN THE DISTRICT COURT OF GUAM

CONTINENTAL MICRONESIA, INC.
401(K) SAVINGS PLAN,

        Plaintiff,

vs.

ELMA TMECHERUR and
MADELINE RUBASCH,

        Defendants.

CIVIL CASE NO. 04-00032

**NOTICE OF HEARING REGARDING
INTENT TO MAKE DISTRIBUTION IN
ACCORDANCE WITH PROPOSED
FINDINGS OF FACT AND
CONCLUSIONS OF LAW ATTACHED
HERETO AS EXHIBIT A;
DECLARATION OF
SERVICE/MAILING**

NOTICE IS HEREBY GIVEN that a hearing has been set before the Court on **March 18,**

**2005, at 10:00 a.m.**, before the Honorable Joaquin V.E. Manibusan, Jr. regarding the Court's

intent to make a distribution of the proceeds at issue in this case in accordance with Plaintiff's

Proposed Findings of Fact and Conclusions of Law, attached herewith.

DATED: Hagåtña, Guam, January 10, 2005.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan

4833-8826-3936.1.013280-00086

# EXHIBIT

# "A"

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ELMA TMECHERUR and MADELINE RUBASCH,<br><br>　　　　　　　Defendants. | CIVIL CASE NO. 04-00032<br><br>**PLAINTIFF CONTINENTAL MICRONESIA INC. 401(K) SAVINGS PLANS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; DECLARATION OF ANNIE DUENAS; EXHIBITS A-F; DECLARATION OF SERVICE/MAILING** |

Pursuant to the Court's instructions at a status hearing on December 1, 2004, Plaintiff submits the following Proposed Findings of Fact and Conclusions of Law:

### FINDINGS OF FACT

1.　　Plaintiff is an employee benefit plan (the "Plan"), as defined in Section 3(3) of the Employee Retirement Income Security Act of 1974, as amended, which is administered in Tamuning, Guam.

2.　　Defendants Madeline Rubasch and Elma Tmecherur are individuals seeking benefits under the Plan. Madeline Rubasch resides in Koror, Palau, Elma Tmecherur resides in Saipan, Commonwealth of the Northern Mariana Islands.

Page 2
Continental Micronesia, Inc. 401(K) Savings Plan vs. Elma Tmecherur & Rubasch
District Court of Guam Civil Case No. CIV04-00032
PLAINTIFF CONTINENTAL MICRONESIA INC. 401(K) SAVINGS PLANS
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; DECLARATION
OF ANNIE DUENAS; EXHIBITS A-F; DECLARATION OF SERVICE/MAILING

3.     This action arises under section 502(a)(3)(B)(ii) of ERISA, 29 U.S.C. § 1132(a)(3)(b)(ii).

4.     The Court has jurisdiction over all causes of action asserted herein pursuant to the provisions of section 502(e)(1) of ERISA, 29 U.S.C. § 1132(e)(1).

5.     Venue of this action is proper in the Territory of Guam pursuant to section 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2) because the plan is administered in Guam.

6.     The Court has jurisdiction without respect to the amount in controversy or the citizenship of the parties under section 502(f) of ERISA, 29 U.S.C. § 1132(f) and 28 U.S.C. 1331.

7.     Markey Melelm, deceased (the "Decedent"), was a participant in Continental Micronesia, Inc. 401(k) Savings Plan (the "Plan"). Under the terms of the Plan, because Decedent did not designate a beneficiary, Decedent's beneficiary of his Plan benefits is his "wife." See Declaration of Annie Duenas (Duenas Decl.) at ¶3; Exhibit A.

8.     Decedent died on March 15, 2002. See Duenas Decl. at ¶¶ 4-5; Exhibits B and C.

9.     Both Madeline Rubasch and Elma Tmecherur claim to have been married to Decedent on the date of his death and have both produced certificates of marriage. Elma Tmecherur submitted a certificate of marriage to establish that she and Decedent were married on December 6, 1990. See Duenas Decl. at ¶ 6; Exhibit D. Madeline Rubasch submitted a certificate of marriage to establish she and Decedent were married on November 18, 1998. See Duenas Decl. at ¶ 6; Exhibit E.

Page 3
Continental Micronesia, Inc. 401(K) Savings Plan vs. Elma Tmecherur & Rubasch
District Court of Guam Civil Case No. CIV04-00032
PLAINTIFF CONTINENTAL MICRONESIA INC. 401(K) SAVINGS PLANS
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; DECLARATION
OF ANNIE DUENAS; EXHIBITS A-F; DECLARATION OF SERVICE/MAILING

10.    Madeline Rubasch also submitted a court document from the Court of Common Pleas, Republic of Palau, dated August 12, 2003 confirming a divorce between Decedent and Elma Tmecherur. See Duenas Decl. at ¶ 7; Exhibit F.

11.    By reason of the conflicting accounts regarding the true identity of Decedent's "wife," that is, Decedent's beneficiary of the Plan benefits, Plaintiff brought this interpleader action.

12.    The potential claims of Madeline Rubasch and Elma Tmecherur are adverse and conflicting. Plaintiff is unable to determine the validity of the conflicting claims and therefore is unable to determine whom it should pay.

13.    Plaintiff claims no interest in the Plan benefits due the surviving wife of Decedent. Plaintiff is indifferent as to whom it should pay and cannot safely determine such for itself without risk of multiple liability.

14.    Plaintiff has at all times been willing to pay the Plan benefit to whichever party is lawfully entitled to receive it, and to whom Plaintiff could safely and without risk to itself pay the same.

15.    Plaintiff is not in collusion with either claimant or any other party touching the matters in controversy in this case.

16.    Plaintiff is not in any manner indemnified by either of the Defendants.

17.    Plaintiff has not brought the Complaint in Interpleader at the request of either Defendant but has filed this action of its own free will to avoid being subjected to double costs and liability and to avoid unnecessary suits.

Page 4
Continental Micronesia, Inc. 401(K) Savings Plan vs. Elma Tmecherur & Rubasch
District Court of Guam Civil Case No. CIV04-00032
PLAINTIFF CONTINENTAL MICRONESIA INC. 401(K) SAVINGS PLANS
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; DECLARATION
OF ANNIE DUENAS; EXHIBITS A-F; DECLARATION OF SERVICE/MAILING

18.     This action for interpleader is Plaintiff's only means of guarding against potential double liability and avoiding conflicting claims to the Plan benefit, in which it has no interest.

19.     Both Defendants have been properly served with the Complaint in Interpleader.

20.     Neither Defendant has answered the Complaint in Interpleader, and on September 15, 2004, default was entered against both Defendants.

21.     Plaintiff has incurred attorneys fees and costs as a result of these proceedings and has submitted an application for attorneys fees and costs.

### CONCLUSIONS OF LAW

1.     The Court, after considering the evidence before it and the Exhibits submitted together with the Declaration of Annie Duenas, concludes that Decedent divorced Elma Tmecherur, and that the only lawful beneficiary entitled to payment of the Plan benefits is Madeline Rubasch.

2.     Plaintiff may pay Decedent's Plan benefit to Madeline Rubasch.

3.     Plaintiff is entitled to attorneys fees, and may submit a supplemental application detailing the amount of fees and costs Plaintiff has incurred in bringing this interpleader action.

DATED: Hagåtña, Guam, January 10, 2005.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC.<br>401(K) SAVINGS PLAN,<br><br>        Plaintiff,<br><br>   vs.<br><br>ELMA TMECHERUR and<br>MADELINE RUBASCH,<br><br>        Defendants. | CIVIL CASE NO. 04-00032<br><br>**DECLARATION OF ANNIE DUENAS** |

I, ANNIE DUENAS, state as follows:

1.    I am Senior Benefits Analyst at Continental Micronesia, Inc.

2.    I have personal knowledge of the facts stated in this declaration except as otherwise indicated. The documents mentioned herein are those within Plaintiff's files pertinent to this case. I have reviewed such documents, and can testify competently as to these facts if called by the Court.

3.    Markey Melelm, deceased (the "Decedent"), was a participant in Continental Micronesia, Inc.'s 401(k) Savings Plan (the "Plan") and his beneficiary is his "wife."

Attached hereto as Exhibit A is a true and correct copy of the pertinent pages of the Plan outlining that a participant's beneficiary is the participant's spouse in the event no beneficiary has been designated.

4.     Decedent died on March 15, 2002. Attached hereto as Exhibit B is a true and correct copy of a certified copy Decedent's death certificate, received by Continental Micronesia, Inc. from Emiliana Melelm, Decedent's sister. Exhibit B lists Madeline Rusbasch as the surviving spouse.

5.     Elma Tmecherur has also provided Continental Micronesia Inc. with a copy of a death certificate for Decedent that displayed no markings of certification, and lists Elma Tmecherur as the surviving spouse. Attached hereto as Exhibit C is a true and correct copy of the death certificate submitted by Elma Tmecherur.

6.     Both Madeline Rubasch and Elma Tmecherur claim to be married to Decedent at the time of his death, and both have submitted marriage certificates. Attached hereto as Exhibit D is a true and correct copy of the certificate of marriage submitted to Continental Micronesia, Inc. by Elma Tmecherur. Attached hereto as Exhibit E is a true and correct copy of a certified certificate of marriage submitted by Madeline Rubasch.

7.     In addition, Madeline Rubasch submitted an Order and Judgment from the Court of Common Pleas, Republic of Palau, dated August 12, 2003 confirming a divorce between Decedent and Elma Tmecherur. Attached hereto as Exhibit F is a true and correct copy of the Order and Judgment submitted by Madeline Rubasch.

///

///

///

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _7th_ day of January 2005 at _Tamuning_, Guam.

_____

ANNIE DUENAS

# EXHIBIT
## "A"

# CONTINENTAL MICRONESIA, INC.

## 401(k) SAVINGS PLAN

### (As Amended and Restated Effective January 1, 2002)

Case 1:04-cv-00032    Document 14    Filed 01/10/2005    Page 1 of 2

EXHIBIT A

this Plan including the foregoing provisions of this Section may be paid directly to the minor. The receipt by the minor shall be a complete discharge of all liability under the Plan.

*10.12 Designation of Beneficiary.* Each Participant has the right to designate and to revoke the designation of his or her Beneficiary. Each designation or revocation must be evidenced by a written document in the form required by the Administrative Committee, signed by the Participant, and filed with the Administrative Committee. If no designation is on file at the time of a Participant's death or if the Administrative Committee determines that the designation is ineffective, the designated Beneficiary shall be the Participant's spouse, if living, or if not, the executor, administrator, or other personal representative of the Participant's estate.

If a Participant is considered to be married under local law, the Participant's designation of any Beneficiary, other than the Participant's spouse, shall not be valid unless the spouse consents to such designation in a manner that would satisfy the requirements of Section 10.1, other than Sections 10.1(c)(v) through 10.1(c)(vii).

*10.13 No Duplication of Benefits.* There shall be no duplication of benefits under this Plan. Without regard to any other language in this Plan, all distributions are to be debited to a Participant's Account as of the date of the distribution.

*10.14 Missing Distributees.* The Administrative Committee shall make reasonable efforts to locate any person entitled to a distribution. Such efforts shall include utilization of the services of the Social Security Administration and the Internal Revenue Service to attempt to ascertain the current mailing address of any such person or for the purpose of forwarding correspondence from the Plan to any such person. If the efforts to locate a person entitled to a distribution are unsuccessful, the Administrative Committee may instruct the Trustee to distribute such benefits into an interest-bearing federally-insured bank account opened in such person's name or to purchase an annuity for such person. Such person shall have an unconditional right to withdraw funds from any such bank account. All ordinary and reasonable expenses incurred in connection with attempting to locate a person entitled to benefits under the Plan and in establishing an account or purchasing an annuity for a person who cannot be located shall be deducted from the benefit payable to such person.

If a person entitled to a distribution cannot be located within one year of the date any benefits payable under the Plan should be paid or commence to be paid, the Participant's Account may be forfeited and allocated as any other forfeiture. Notwithstanding the preceding sentence, if at any time prior to termination of the Plan and complete distribution of the Trust Fund, the Participant or Beneficiary files a valid claim for the forfeited benefits payable under the Plan, then (a) as soon as administratively practicable, the forfeited benefits payable to such former Participant or Beneficiary shall be reinstated effective as of the date or receipt of the claim and (b) as soon as administratively practicable following the reinstatement of such forfeited benefits and compliance with any applicable notice and consent requirements, the value of the reinstated benefits shall be paid pursuant to the provisions of this Article to the Participant or Beneficiary thereof. Should the Plan be joined as a party to any escheat proceedings, the Plan shall comply with any final judgment involving such a benefit, shall treat the judgment as if it were a claim filed by the Participant or Beneficiary, and shall pay in accordance with that judgment.

# EXHIBIT
## "B"

TYPE OR PRINT IN
PERMANENT INK

# CERTIFICATE OF DEATH
## REPUBLIC OF PALAU

REGISTRATION AND FILE NO. 02-028

| | | | | |
|---|---|---|---|---|
| DECEASED - NAME 1. | FIRST Marky | MIDDLE | LAST MELELM | DATE OF DEATH (MONTH, DAY, YEAR) 3. March 15, 2002 | TIME OF DEATH 3a. |

| | | | |
|---|---|---|---|
| AGE - LAST BIRTHDAY (YEARS) 4a. 34 | UNDER 1 YEAR MOS. DAYS 4b. | UNDER 1 DAY (CHECK) 4c. | SEX 2. Male | DATE OF BIRTH (MONTH, DAY, YEAR) 5. July 13, 1967 | COUNTRY OF DEATH 6a. Palau |

**DECEDENT PERSONAL DATA**

ATOLL OR ISLAND GROUP OF DEATH 4h.

ISLAND OF BIRTH 6b. Palau

HOSPITAL OR DISPENSARY NAME (IF NOT IN EITHER, GIVE VILLAGE, MUNICIPALITY, ISLAND) 6c. D.O.A.

HOSPITAL UNIT RECORD NUMBER 6d. A-24405

CITIZEN OF WHAT COUNTRY 7. Republic of Palau

MARRIED, NEVER MARRIED WIDOWED, DIVORCED (SPECIFY) 9. Married

SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME) 10. Madeline Rubasch

SOCIAL SECURITY NUMBER 11.

USUAL OCCUPATION (GIVE KIND OF WORK DONE DURING MOST OF WORKING LIFE, EVEN IF RETIRED) 12a. Air Traffic Controller

KIND OF BUSINESS OR INDUSTRY 12b. Continental Air Micronesia

RESIDENCE - COUNTY 13a. Palau

STATE 13b. Koror

HAMLET 13c.

**PARENTS**

FATHER - NAME 14.

FIRST Melelm

MIDDLE

LAST Aturang

FIRST Bertha

MIDDLE

LAST Iyebukel

MOTHER - MAIDEN NAME 15.

Spesungel

**INFORMATION**

INFORMANT-NAME 16a. Emiliana Melelm

ADDRESS 16b. Koror, Palau

DATE INFORMATION WAS GIVEN 16c. March 27, 2002

**CAUSE OF DEATH**

17. DEATH WAS CAUSED BY:

PART I.

IMMEDIATE CAUSE

(a) Brain Contusion with Skull Fracture

CONDITIONS, IF ANY WHICH GAVE RISE TO IMMEDIATE CAUSE (a) STATING THE UNDER- LYING CAUSE LAST

DUE TO, OR AS A CONSEQUENCE OF:
(b) Chest Contusion, multiple ribs fracture

DUE TO, OR AS A CONSEQUENCE OF:
(c) Hemo-Pneumothorax

(ENTER ONLY ONE CAUSE PER LINE FOR (a), (b) AND (c))

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART II. OTHER SIGNIFICANT CONDITIONS; CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (a)

AUTOPSY (YES OR NO) 18. Yes

**MEDICAL ATTENDANT**

I CERTIFY THAT I ATTENDED THE DECEASED AND THAT DEATH OCCURRED ON THE DATE AND TO THE BEST OF MY KNOWLEDGE FROM THE CAUSES SHOWN.

NAME OF PHYSICIAN 19a. Sung-Il Yoon

SIGNATURE 19b.

DATE SIGNED (MONTH, DAY, YEAR) 19c. 3/27/02

**NO MEDICAL ATTENDANT**

OFFICIAL REPORT AND FINDINGS OF INVESTIGATION WHERE APPLICABLE HERE REVIEWED BY

NAME OF PHYSICIAN 20a.

SIGNATURE 20b.

DATE SIGNED (MONTH, DAY, YEAR) 20c.

**INJURY INFORMATION**

ACCIDENT, SUICIDE, HOMICIDE OR UNDETERMINED (SPECIFY) 21a. Undetermined

DATE OF INJURY (MONTH, DAY, YEAR) 21b. March 15, 2002

HOW INJURY OCCURRED (ENTER NATURE OF INJURY IN PART I OR PART II, ITEM 17) 21c. Fall from 2nd Stories Building

INJURY AT WORK (YES NO) 21d. NO

PLACE OF INJURY (HOME, FARM, ROAD, DOCK, ETC.) 21e. Home

LOCATION (VILLAGE, HAMLET, ETC.) 21f. Iyebukel, Koror

**DIRECTOR OF HEALTH SERVICES**

I CERTIFY THAT I HAVE REVIEWED THIS CERTIFICATE FOR COMPLETENESS AND ACCURACY (OR I HAVE ADDED INFORMATION ON INJURY WHEN APPLICABLE) 21c.

SIGNATURE OF DIRECTOR OF HEALTH SERVICES 22a. Gregory V. Dever, M.D.

DATE SIGNED (MONTH, DAY, YEAR) 22b. March 27, 2002

**COURT**

NAME OF CLERK OF COURTS 23a.

SIGNATURE 23b. Eugene J. Muffet

DATE RECEIVED BY CLERK OF COURTS (MONTH, DAY, YEAR) 23c. 3/29/2002

MOP FORM 091

EXHIBIT B

I hereby certify that the foregoing hereof is a full true
and correct copy of the order in the office
of the Clerk of Courts, Supreme in Republic of Palau

_mmua_

Clerk of Courts
Supreme Court
Republic of Palau
96940

4/01/02
Date

# EXHIBIT
## "C"

# CERTIFICATE OF DEATH
## REPUBLIC OF PALAU

TYPE OR PRINT IN PERMANENT INK

REGISTRATION AND FILE NO. 02-028

| | | |
|---|---|---|
| **DECEASED - NAME** 1. | **FIRST** Marky | **MIDDLE** | **LAST** MELKIM |
| **SEX** 2. Male | **DATE OF DEATH (MONTH, DAY, YEAR)** 3. March 15, 2002 | **TIME OF DEATH** 3a. |

**DECEDENT PERSONAL DATA**

| | | | |
|---|---|---|---|
| 4. AGE - LAST BIRTHDAY (YEARS) 4a. 34 | UNDER 1 YEAR MOS. DATE 4b. | UNDER 1 DAY (CHECK) 4c. | 5. DATE OF BIRTH (MONTH, DAY, YEAR) July 13, 1967 |
| 6a. HOSPITAL OR DISPENSARY - NAME (IF NOT IN EITHER, GIVE VILLAGE, MUNICIPALTY, ISLAND) D.O.A. | | | 6b. COUNTRY OF DEATH Palau |

| | | |
|---|---|---|
| 6b. ROVL OR ISLAND GROUP OF DEATH Palau | | HOSPITAL UNIT RECORD NUMBER |
| 7. ISLAND OF BIRTH Palau | 8. CITIZEN OF WHAT COUNTRY Republic of Palau | 6d. A-24405 |
| | | 6d. SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME) Elma Tuecheriur |
| 9. MARRIED, NEVER MARRIED WIDOWED, DIVORCED (SPECIFY) Married | | 10. |

| | | |
|---|---|---|
| 11. SOCIAL SECURITY NUMBER | 12a. USUAL OCCUPATION (GIVE KIND OF WORK DONE DURING MOST OF WORKING LIFE, EVEN IF RETIRED) Air Traffic Controller | 12b. KIND OF BUSINESS OR INDUSTRY Continental Air Micronesia |

| | | |
|---|---|---|
| 13a. RESIDENCE - COUNTY Palau | STATE | |
| 13b. STATE | 13c. COUNTY Koror | 13b. CITY Iyebukel |

**PARENTS**

| | | | | |
|---|---|---|---|---|
| 14. FATHER - NAME Melelm | | 14a. LAST Anrang | 15. MOTHER - MAIDEN NAME Bertha | 15. LAST Spesungel |

**INFORMATION**

| | | |
|---|---|---|
| 16a. INFORMANT - NAME Fullivana Melelm | 16b. ADDRESS Koror, Palau | 16c. DATE INFORMATION WAS GIVEN March 27, 2002 |

**CAUSE OF DEATH**

17. (ENTER ONLY OWN CAUSE PER LINE FOR (a), (b) AND (c))

| | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|
| IMMEDIATE CAUSE (a) Brain Contusion with Skull Fracture | |
| CONDITIONS, IF ANY WHICH GAVE RISE TO IMMEDIATE CAUSE (a) STATING THE UNDERLYING CAUSE LAST | DUE TO, OR AS A CONSEQUENCE OF: (b) Chest Contusion, multiple ribs fracture |
| | DUE TO, OR AS A CONSEQUENCE OF: (c) Hemo-Pneumothorax |
| PART II. OTHER SIGNIFICANT CONDITIONS CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (a) | |

| | | |
|---|---|---|
| 18. AUTOPSY (YES OR NO) Yes | | |

**MEDICAL ATTENDANT**

| | | |
|---|---|---|
| I CERTIFY THAT I ATTENDED THE DECEASED AND THAT DEATH OCCURED ON THE DATE AND TO THE BEST OF MY KNOWLEDGE FROM THE CAUSES SHOWN | 19a. NAME OF PHYSICIAN Sung-Il Yoon | 19b. SIGNATURE | 19c. DATE SIGNED (MONTH, DAY, YEAR) 3/27/02 |

**NO MEDICAL ATTENDANT**

| | | |
|---|---|---|
| OFFICIAL REPORT AND FINDINGS OF AUTOPSY WHERE APPLICABLE WERE REVIEWED BY | 20a. NAME OF PHYSICIAN | 20b. SIGNATURE | 20a. DATE SIGNED (MONTH, DAY, YEAR) |

**INJURY INFORMATION**

| | | |
|---|---|---|
| 21a. ACCIDENT, SUICIDE, HOMICIDE OR UNDETERMINED (SPECIFY) Undetermined | 21b. DATE OF INJURY (MONTH, DAY, YEAR) March 15, 2002 | 21c. HOUR INJURY OCCURRED (ENTER NATURE OF INJURY IN PART I OR PART II, ITEM 17) |
| 21d. INJURY AT WORK (YES OR NO) No | 21e. PLACE OF INJURY HOME, FARM, ROAD, DOCK, ETC. Home | 21c. Fall from 2nd Stories Building |
| | | 21f. LOCATION (VILLAGE, HAMLET, ETC.) Iyebukel, Koror |

**DIRECTOR OF HEALTH SERVICES**

| | | |
|---|---|---|
| I CERTIFY THAT I HAVE REVIEWED THIS CERTIFICATE FOR COMPLETENESS AND ACCURACY (I HAVE ADDED INFORMATION ON INJURY WHEN APPLICABLE) | 22a. SIGNATURE OF DIRECTOR OF HEALTH SERVICES OR AUTHORIZED DEPUTY Gregory V. Dever, M.D. | 22b. DATE SIGNED March 27, 2002 |

**COURT**

| | | |
|---|---|---|
| NAME OF CLERK OF COURTS 23a. | 23b. SIGNATURE Eugene J. Murret | 23b DATE RECEIVED BY CLERK OF COURTS (MONTH, DAY, YEAR) 213/29/2002 |

KOP FORM 091

Case 1:04-cv-00032    Document 14    Filed 01/10/2005    Page EXHIBIT C

# EXHIBIT "D"

# COMMONWEALTH OF THE NORTHERN MARIANAS
# APPLICATION FOR MARRIAGE LICENSE
## AND
## RECORD OF MARRIAGE

WHERE ONE OR BOTH PARTIES ARE NON-CITIZENS OF THE TRUST TERRITORY

FOR CLERK OF COURTS

MARRIAGE FILE NO.   90-811

TRUST TERRITORY
DISTRICT

## I APPLICATION

| | A. MALE | B. FEMALE |
|---|---|---|
| 1. NAME (Full Name) | MARKY MELEIM | ELMA TMECHERUR |
| 2. PRESENT RESIDENCE Village, Municipality of Residence | Navy Hill | Navy Hill |
| | PRESENT USUAL RESIDENCE, EVEN IF TEMPORARY | PRESENT USUAL RESIDENCE, EVEN IF TEMPORARY |
| | ATOLL OR ISLAND GROUP | |
| | Saipan, MP   96950 | Saipan, MP   96950 |
| 3. NAME OR PERMANENT RESIDENCE Village, Municipality or Island or City and State | PERMANENT RESIDENCE | PERMANENT RESIDENCE |
| | Koror | Koror |
| | ATOLL OR ISLAND GROUP OR COUNTRY | |
| | Palau | Palau |
| 4. RACE AND CITIZENSHIP | RACE   Palauan   CITIZEN OF WHAT COUNTRY   Republic of Palau | RACE   Palauan   CITIZEN OF WHAT COUNTRY   Republic of Palau |
| 5. DATE OF BIRTH AND AGE | DATE OF BIRTH   July 13, 1967   AGE 23 | DATE OF BIRTH   October 09, 1961   AGE 29 |
| 6. PLACE OF BIRTH Village, Municipality or Island or City and State | PLACE OF BIRTH   Koror | PLACE OF BIRTH   Koror |
| | ATOLL OR ISLAND GROUP OR COUNTRY   Palau | Palau |
| 7. OCCUPATION | CSA Ramp – Continental Air Micronesia | Accounting Technician – M.T.C. |
| 8. PRIOR MARRIAGES NUMBER AND HOW TERMINATED | NUMBER OF PRIOR MARRIAGES*  –0– <br> (1) ☐ DEATH ☐ DIVORCED ☐ ANNULMENT <br> (2) ☐ DEATH ☐ DIVORCED ☐ ANNULMENT <br> (3) ☐ DEATH ☐ DIVORCED ☐ ANNULMENT | NUMBER OF PRIOR MARRIAGES*  –0– <br> (1) ☐ DEATH ☐ DIVORCED ☐ ANNULMENT <br> (2) ☐ DEATH ☐ DIVORCED ☐ ANNULMENT <br> (3) ☐ DEATH ☐ DIVORCED ☐ ANNULMENT |
| 9. DATE AND SIGNATURE OF APPLICANT | DATE 11/27/90   SIGNATURE OF MALE | DATE 11/27/90   SIGNATURE OF FEMALE |
| 10. APPLICATION GRANTED | December 04, 1990   Signature of Mayor:   JESUS S. DL. GUERRERO |

## II RECORD OF MARRIAGE

| 1. DATE AND PLACE OF MARRIAGE | December 6, 1990 | 6. PLACE OF MARRIAGE   OFFICE OF THE MAYOR OF SAITAN, MP   96950 |
|---|---|---|
| 2. SIGNATURES OF HUSBAND AND WIFE | 7. SIGNATURE OF HUSBAND   Marky Meleim | 7. SIGNATURE OF WIFE   Elma T. Me |
| 3. SIGNATURES OF WITNESSES | 8. WITNESS   Viclore C. Rogehi | 8. WITNESS   Naomi Mele |
| 4. CERTIFICATION OF PERSON WHO PERFORMED WEDDING CEREMONY | SIGNATURE   JESUS S. DL. GUERRERO | TITLE   Mayor of Saipan |
| 5. CLERK OF COURTS | DATE RECEIVED **   12/06/90 | 9. SIGNATURE OF CLERK OF COURTS **   Orana S. Castro, D.R. |

*If either party had more than three prior marriages, show on back of this form how each one after the first three was ended.
**Item II 8a and 8 b to be completed only one copy filed with clerk of courts.

EXHIBIT D

# EXHIBIT "E"

**REPUBLIC OF PALAU**

# RECORD OF MARRIAGE UNDER LOCAL CUSTOM

*WHERE BOTH PARTIES ARE CITIZENS OF THE REPUBLIC OF PALAU*

(Please Type)

| FOR CLERK OF COURTS |
|---|
| MARRIAGE FILE NO. |
| 98-97 |

|  | A. HUSBAND | B. WIFE (Maiden Name) |
|---|---|---|
| NAME | MARKY A. MELEUM | MADELINE T. RUBASCH |
| PRESENT USUAL RESIDENCE HAMLET, STATE COUNTRY | YIGO GUAM | YIGO GUAM |
| HOME HAMLET, STATE COUNTRY | SAME AS ABOVE | SAME AS ABOVE |
| DATE OF BIRTH AND AGE | Date of Birth: 7·13·67   Age: 31 | Date of Birth: 12·10·69   Age: 29 |
| PLACE OF BIRTH HAMLET, STATE COUNTRY | NGARAARD PALAU | KOROR PALAU |
| PLACE & DATE OF MARRIAGE | PLACE OF MARRIAGE KOROR PALAU | DATE OF MARRIAGE 11·18·98 |
| SIGNATURES OF HUSBAND AND WIFE | SIGNATURE OF HUSBAND | SIGNATURE OF WIFE |
| SIGNATURES OF WITNESSES | SIGNATURE OF WITNESS (1) Bmekelum | SIGNATURE OF WITNESS (2) |
| CLERK OF COURT | DATE RECEIVED Nov. 19, 1998 | SIGNATURE OF CLERK OF COURTS Mose |

**PALAU NATIONAL CODE**

Sec. 204. Marriage Between Citizens. Marriage contracts between parties, both of whom are citizens of the Republic, solemnized in accordance with recognized custom, shall be valid. A notice of such marriage, showing the names and addresses of the persons married, their ages and date of marriage, shall be sent to the Clerk of Courts, who shall, upon receipt thereof, record the same in the Marriage Register.

EXHIBIT E

I hereby certify that the foregoing hereof is a full, true
and correct copy of the order
of the Clerk of Courts, Supreme
in the office
of, Republic of Palau

Clerk of Courts
Supreme Court
Republic of Palau
W/SW

3/25/02
Date

# EXHIBIT
## "F"

IN THE
COURT OF COMMON PLEAS
REPUBLIC OF PALAU

IN RE: THE CONFIRMATION    *    CP/CIVIL ACTION No. 03-076
OF CUSTOMARY DIVORCE OF    *
MARKY MELELM AND           *         ORDER AND JUDGMENT
ELMA TMECHERUR.            *
                    * * * * * * *

Counsel for Petitioner:   Micronesian Legal Services Corporation
                          By:  David J. Kirschenheiter
_____/

   This matter having come before this Court on a Petition to
Confirm Customary Marriage and the Court being fully advised in
the premises;

   IT IS HEREBY ORDERED AND ADJUDGED THAT:

   1.  The divorce between Marky Melelm and Elma Tmecherur
which occurred according to recognized Palauan custom sometime in
1995 is hereby confirmed.

   2.  Micronesian Legal Services Corporation is permitted to
withdraw as Petitioner's counsel as the divorce has been
confirmed.

Entered: *Aug. 12, 2003*                  *Lourdes F. Materne*
                                          Lourdes F. Materne
                                          Senior Judge

**EXHIBIT F**

Page 2
**Continental Micronesia, Inc. 4(*K) Savings Plan vs. Elma Tmecherur & Ru**ch
**District Court of Guam Civil Case No. CIV04-00032**
**NOTICE OF HEARING REGARDING INTENT TO MAKE DISTRIBUTION IN**
**ACCORDANCE WITH PROPOSED FINDINGS OF FACT AND CONCLUSIONS**
**OF LAW ATTACHED HERETO AS EXHIBIT A; DECLARATION OF SERVICE/MAILING**

## DECLARATION OF SERVICE/MAILING

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on January 10, 2005, I will cause to be served, via hand delivery, a true and correct copy of the NOTICE OF HEARING REGARDING INTENT TO MAKE DISTRIBUTION IN ACCORDANCE WITH PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW ATTACHED HERETO AS EXHIBIT A; DECLARATION OF SERVICE/MAILING upon Defendant Elma Tmecherur at the CNMI Government's Department of Finance (located in Saipan's Capitol Hill) and, via certified mail, postage prepaid, upon Defendant Madeline Rubasch at Post Office Box 874, Koror, PW 96940.

Executed this 10th day of January 2005 at Hagåtña, Guam.

DAVID LEDGER

4833-8826-3936.1.013280-00086