CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813



**FILED**
DISTRICT COURT OF GUAM

JAN 1 0 2005

MARY L.M. MORAN
CLERK OF COURT

Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN, | CIVIL CASE NO. 04-00032 |
| Plaintiff, | **PLAINTIFF CONTINENTAL MICRONESIA INC. 401(K) SAVINGS PLANS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; DECLARATION OF ANNIE DUENAS; EXHIBITS A-F; DECLARATION OF SERVICE/MAILING** |
| vs. | |
| ELMA TMECHERUR and MADELINE RUBASCH, | |
| Defendants. | |

Pursuant to the Court's instructions at a status hearing on December 1, 2004, Plaintiff submits the following Proposed Findings of Fact and Conclusions of Law:

### FINDINGS OF FACT

1.      Plaintiff is an employee benefit plan (the "Plan"), as defined in Section 3(3) of the Employee Retirement Income Security Act of 1974, as amended, which is administered in Tamuning, Guam.

2.      Defendants Madeline Rubasch and Elma Tmecherur are individuals seeking benefits under the Plan. Madeline Rubasch resides in Koror, Palau, Elma Tmecherur resides in Saipan, Commonwealth of the Northern Mariana Islands.

4844-7465-2928.2.013280-00086

'Page 2
Continental Micronesia, Inc. 401(K) Savings Plan vs. Elma Tmecherur & Rubasch
District Court of Guam Civil Case No. CIV04-00032
PLAINTIFF CONTINENTAL MICRONESIA INC. 401(K) SAVINGS PLANS
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; DECLARATION
OF ANNIE DUENAS; EXHIBITS A-F; DECLARATION OF SERVICE/MAILING

3.      This action arises under section 502(a)(3)(B)(ii) of ERISA, 29 U.S.C. §

1132(a)(3)(b)(ii).

4.      The Court has jurisdiction over all causes of action asserted herein

pursuant to the provisions of section 502(e)(1) of ERISA, 29 U.S.C. § 1132(e)(1).

5.      Venue of this action is proper in the Territory of Guam pursuant to section

502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2) because the plan is administered in Guam.

6.      The Court has jurisdiction without respect to the amount in controversy or

the citizenship of the parties  under section 502(f) of ERISA, 29 U.S.C. § 1132(f) and 28 U.S.C.

1331.

7.      Markey Melelm, deceased (the "Decedent"), was a participant in

Continental Micronesia, Inc. 401(k) Savings Plan (the "Plan").  Under the terms of the Plan,

because Decedent did not designate a beneficiary, Decedent's beneficiary of his Plan benefits is

his "wife."  See Declaration of Annie Duenas (Duenas Decl.) at ¶3; Exhibit A.

8.      Decedent died on March 15, 2002.  See Duenas Decl. at ¶¶ 4-5; Exhibits B

and C.

9.      Both Madeline Rubasch and Elma Tmecherur claim to have been married

to Decedent on the date of his death and have both produced certificates of marriage.  Elma

Tmecherur submitted a certificate of marriage to establish that she and Decedent were married

on December 6, 1990.  See Duenas Decl. at ¶ 6; Exhibit D.  Madeline Rubasch submitted a

certificate of marriage to establish she and Decedent were married on November 18, 1998.  See

Duenas Decl. at ¶ 6; Exhibit E.

Page 3
Continental Micronesia, Inc. 401(K) Savings Plan vs. Elma Tmecherur & Rubasch
District Court of Guam Civil Case No. CIV04-00032
PLAINTIFF CONTINENTAL MICRONESIA INC. 401(K) SAVINGS PLANS
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; DECLARATION
OF ANNIE DUENAS; EXHIBITS A-F; DECLARATION OF SERVICE/MAILING

10.    Madeline Rubasch also submitted a court document from the Court of Common Pleas, Republic of Palau, dated August 12, 2003 confirming a divorce between Decedent and Elma Tmecherur. See Duenas Decl. at ¶ 7; Exhibit F.

11.    By reason of the conflicting accounts regarding the true identity of Decedent's "wife," that is, Decedent's beneficiary of the Plan benefits, Plaintiff brought this interpleader action.

12.    The potential claims of Madeline Rubasch and Elma Tmecherur are adverse and conflicting. Plaintiff is unable to determine the validity of the conflicting claims and therefore is unable to determine whom it should pay.

13.    Plaintiff claims no interest in the Plan benefits due the surviving wife of Decedent. Plaintiff is indifferent as to whom it should pay and cannot safely determine such for itself without risk of multiple liability.

14.    Plaintiff has at all times been willing to pay the Plan benefit to whichever party is lawfully entitled to receive it, and to whom Plaintiff could safely and without risk to itself pay the same.

15.    Plaintiff is not in collusion with either claimant or any other party touching the matters in controversy in this case.

16.    Plaintiff is not in any manner indemnified by either of the Defendants.

17.    Plaintiff has not brought the Complaint in Interpleader at the request of either Defendant but has filed this action of its own free will to avoid being subjected to double costs and liability and to avoid unnecessary suits.

'Page 4
Continental Micronesia, Inc. 401(K) Savings Plan vs. Elma Tmecherur & Rubasch
District Court of Guam Civil Case No. CIV04-00032
PLAINTIFF CONTINENTAL MICRONESIA INC. 401(K) SAVINGS PLANS
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; DECLARATION
OF ANNIE DUENAS; EXHIBITS A-F; DECLARATION OF SERVICE/MAILING

18.     This action for interpleader is Plaintiff's only means of guarding against potential double liability and avoiding conflicting claims to the Plan benefit, in which it has no interest.

19.     Both Defendants have been properly served with the Complaint in Interpleader.

20.     Neither Defendant has answered the Complaint in Interpleader, and on September 15, 2004, default was entered against both Defendants.

21.     Plaintiff has incurred attorneys fees and costs as a result of these proceedings and has submitted an application for attorneys fees and costs.

### CONCLUSIONS OF LAW

1.     The Court, after considering the evidence before it and the Exhibits submitted together with the Declaration of Annie Duenas, concludes that Decedent divorced Elma Tmecherur, and that the only lawful beneficiary entitled to payment of the Plan benefits is Madeline Rubasch.

2.     Plaintiff may pay Decedent's Plan benefit to Madeline Rubasch.

3.     Plaintiff is entitled to attorneys fees, and may submit a supplemental application detailing the amount of fees and costs Plaintiff has incurred in bringing this interpleader action.

DATED:  Hagåtña, Guam, January 10, 2005.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan

4844-7465-2928.2.013280-00086

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC.<br>401(K) SAVINGS PLAN,<br><br>     Plaintiff,<br><br>  vs.<br><br>ELMA TMECHERUR and<br>MADELINE RUBASCH,<br><br>     Defendants. | CIVIL CASE NO. 04-00032<br><br>**DECLARATION OF ANNIE DUENAS** |

I, ANNIE DUENAS, state as follows:

1. I am Senior Benefits Analyst at Continental Micronesia, Inc.

2. I have personal knowledge of the facts stated in this declaration except as otherwise indicated. The documents mentioned herein are those within Plaintiff's files pertinent to this case. I have reviewed such documents, and can testify competently as to these facts if called by the Court.

3. Markey Melelm, deceased (the "Decedent"), was a participant in Continental Micronesia, Inc.'s 401(k) Savings Plan (the "Plan") and his beneficiary is his "wife."

Attached hereto as Exhibit A is a true and correct copy of the pertinent pages of the Plan outlining that a participant's beneficiary is the participant's spouse in the event no beneficiary has been designated.

4.      Decedent died on March 15, 2002. Attached hereto as Exhibit B is a true and correct copy of a certified copy Decedent's death certificate, received by Continental Micronesia, Inc. from Emiliana Melelm, Decedent's sister. Exhibit B lists Madeline Rusbasch as the surviving spouse.

5.      Elma Tmecherur has also provided Continental Micronesia Inc. with a copy of a death certificate for Decedent that displayed no markings of certification, and lists Elma Tmecherur as the surviving spouse. Attached hereto as Exhibit C is a true and correct copy of the death certificate submitted by Elma Tmecherur.

6.      Both Madeline Rubasch and Elma Tmecherur claim to be married to Decedent at the time of his death, and both have submitted marriage certificates. Attached hereto as Exhibit D is a true and correct copy of the certificate of marriage submitted to Continental Micronesia, Inc. by Elma Tmecherur. Attached hereto as Exhibit E is a true and correct copy of a certified certificate of marriage submitted by Madeline Rubasch.

7.      In addition, Madeline Rubasch submitted an Order and Judgment from the Court of Common Pleas, Republic of Palau, dated August 12, 2003 confirming a divorce between Decedent and Elma Tmecherur. Attached hereto as Exhibit F is a true and correct copy of the Order and Judgment submitted by Madeline Rubasch.

///

///

///

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Executed this __7th__ day of January 2005 at ___Tamuning___, Guam.

_____
ANNIE DUENAS

# EXHIBIT

# "A"

CONTINENTAL MICRONESIA, INC.

*401(k) SAVINGS PLAN*

*(As Amended and Restated Effective January 1, 2002)*

EXHIBIT A

this Plan including the foregoing provisions of this Section may be paid directly to the minor. The receipt by the minor shall be a complete discharge of all liability under the Plan.

*10.12 Designation of Beneficiary.* Each Participant has the right to designate and to revoke the designation of his or her Beneficiary. Each designation or revocation must be evidenced by a written document in the form required by the Administrative Committee, signed by the Participant, and filed with the Administrative Committee. If no designation is on file at the time of a Participant's death or if the Administrative Committee determines that the designation is ineffective, the designated Beneficiary shall be the Participant's spouse, if living, or if not, the executor, administrator, or other personal representative of the Participant's estate.

If a Participant is considered to be married under local law, the Participant's designation of any Beneficiary, other than the Participant's spouse, shall not be valid unless the spouse consents to such designation in a manner that would satisfy the requirements of Section 10.1, other than Sections 10.1(c)(v) through 10.1(c)(vii).

*10.13 No Duplication of Benefits.* There shall be no duplication of benefits under this Plan. Without regard to any other language in this Plan, all distributions are to be debited to a Participant's Account as of the date of the distribution.

*10.14 Missing Distributees.* The Administrative Committee shall make reasonable efforts to locate any person entitled to a distribution. Such efforts shall include utilization of the services of the Social Security Administration and the Internal Revenue Service to attempt to ascertain the current mailing address of any such person or for the purpose of forwarding correspondence from the Plan to any such person. If the efforts to locate a person entitled to a distribution are unsuccessful, the Administrative Committee may instruct the Trustee to distribute such benefits into an interest-bearing federally-insured bank account opened in such person's name or to purchase an annuity for such person. Such person shall have an unconditional right to withdraw funds from any such bank account. All ordinary and reasonable expenses incurred in connection with attempting to locate a person entitled to benefits under the Plan and in establishing an account or purchasing an annuity for a person who cannot be located shall be deducted from the benefit payable to such person.

If a person entitled to a distribution cannot be located within one year of the date any benefits payable under the Plan should be paid or commence to be paid, the Participant's Account may be forfeited and allocated as any other forfeiture. Notwithstanding the preceding sentence, if at any time prior to termination of the Plan and complete distribution of the Trust Fund, the Participant or Beneficiary files a valid claim for the forfeited benefits payable under the Plan, then (a) as soon as administratively practicable, the forfeited benefits payable to such former Participant or Beneficiary shall be reinstated effective as of the date or receipt of the claim and (b) as soon as administratively practicable following the reinstatement of such forfeited benefits and compliance with any applicable notice and consent requirements, the value of the reinstated benefits shall be paid pursuant to the provisions of this Article to the Participant or Beneficiary thereof. Should the Plan be joined as a party to any escheat proceedings, the Plan shall comply with any final judgment involving such a benefit, shall treat the judgment as if it were a claim filed by the Participant or Beneficiary, and shall pay in accordance with that judgment.

# EXHIBIT

# "B"

# CERTIFICATE OF DEATH
## REPUBLIC OF PALAU

TYPE OR PRINT IN PERMANENT INK

REGISTRATION AND FILE NO. 02-028

| | | |
|---|---|---|
| 3. DATE OF DEATH (MONTH, DAY, YEAR) March 15, 2002 | TIME OF DEATH 1a. | |

**DECEDENT PERSONAL DATA**

1. DECEASED - NAME
   - FIRST: Marky
   - MIDDLE:
   - LAST: MELELM
2. SEX: Male

4a. AGE - LAST BIRTHDAY (YEARS): 34
4b. UNDER 1 YEAR - MOS. / DAYS
4c. UNDER 1 DAY (CHECK):

5. DATE OF BIRTH (MONTH, DAY, YEAR): July 13, 1967

6a. COUNTRY OF DEATH: Palau
6b. ATOLL OR ISLAND GROUP OF DEATH: Palau
6c. HOSPITAL OR DISPENSARY - NAME (IF NOT IN EITHER, GIVE VILLAGE, MUNICIPALITY, ISLAND): D.O.A

6d. HOSPITAL UNIT RECORD NUMBER: A-24405

7. ISLAND OF BIRTH: Republic of Palau
CITIZEN OF WHAT COUNTRY: Republic of Palau

9. Married (MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY))

10. SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME): Madeline Rubasch

11. SOCIAL SECURITY NUMBER

12a. USUAL OCCUPATION (GIVE KIND OF WORK DONE DURING MOST OF WORKING LIFE, EVEN IF RETIRED): Air Traffic Controller
12b. KIND OF BUSINESS OR INDUSTRY: Continental Air Micronesia

13a. RESIDENCE - COUNTY: Palau
13b. STATE: Koror
13c. HAMLET: Iyebukel

**PARENTS**

14. FATHER - NAME
   - FIRST: Melelm
   - MIDDLE:
   - LAST: Anurang
15. MOTHER - NAME
   - FIRST: Bertha
   - MIDDLE:
   - LAST: Spesungel / MAIDEN NAME

**INFORMATION**

16a. INFORMANT - NAME: Emiliana Melelm
16b. ADDRESS: Koror, Palau
16c. DATE INFORMATION WAS GIVEN: March 27, 2002

**CAUSE OF DEATH**

17. PART I.
IMMEDIATE CAUSE:
(a) Brain Contusion with Skull Fracture

CONDITIONS, IF ANY WHICH GAVE RISE TO IMMEDIATE CAUSE (a) STATING THE UNDERLYING CAUSE LAST
DUE TO, OR AS A CONSEQUENCE OF:
(b) Chest Contusion, multiple ribs fracture
DUE TO, OR AS A CONSEQUENCE OF:
(c) Hemo-Pneumothorax

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART II. OTHER SIGNIFICANT CONDITIONS: CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (a)

18. AUTOPSY (YES OR NO): Yes

**MEDICAL ATTENDANT**

19a. NAME OF PHYSICIAN: Sung-Il Yoon
19b. SIGNATURE
DATE SIGNED (MONTH, DAY, YEAR): 3/27/02

**NO MEDICAL ATTENDANT**

20a. NAME OF PHYSICIAN
20b. SIGNATURE
DATE SIGNED (MONTH, DAY, YEAR)

**INJURY INFORMATION**

21a. DATE OF INJURY (MONTH, DAY, YEAR): March 15, 2002
21b. HOW INJURY OCCURRED (ENTER NATURE OF INJURY IN PART I OR PART II, ITEM 17): Fall from 2nd Stories Building

21c. ACCIDENT, SUICIDE, HOMICIDE OR UNDETERMINED (SPECIFY): Undetermined

21d. INJURY AT WORK (YES NO): No
21e. PLACE OF INJURY HOME, FARM, ROAD, DOCK, ETC.: Home
21f. LOCATION (VILLAGE, HAMLET, ETC.): Iyebukel, Koror

**DIRECTOR OF HEALTH SERVICES**

22a. I CERTIFY THAT I HAVE REVIEWED THIS CERTIFICATE FOR COMPLETENESS AND ACCURACY (I HAVE ADDED INFORMATION ON INJURY WHEN APPLICABLE)
SIGNATURE & TITLE OF DIRECTOR OF HEALTH SERVICES: Gregory V. Dever, M.D
22b. DATE SIGNED (MONTH, DAY, YEAR): March 27, 2002

**COURT**

23a. NAME OF CLERK OF COURTS
23b. SIGNATURE: Eugene J. Murret
23c. DATE RECEIVED BY CLERK OF COURTS (MONTH, DAY, YEAR): 3/29/2002

ROP FORM 091

**EXHIBIT B**

I hereby certify that the foregoing hereof is a full true
and correct copy of the order
of the Clerk of Courts, Supreme
in the office
t. Republic of Palau

Clerk of Courts
Supreme Court
Republic of Palau
96940

Date
4/01/02

# EXHIBIT

# "C"

# CERTIFICATE OF DEATH
## REPUBLIC OF PALAU

TYPE OR PRINT IN
PERMANENT INK

REGISTRATION AND FILE NO. 02-028

| | | | |
|---|---|---|---|
| DECEASED - NAME 1. | FIRST Marky | MIDDLE | LAST MKIKIM |

| | | |
|---|---|---|
| SEX 2. Male | DATE OF DEATH (MONTH, DAY, YEAR) 3. March 15, 2002 | TIME OF DEATH 3a. |

**DECEDENT PERSONAL DATA**

| AGE - LAST BIRTHDAY (YEARS) 4a. 34 | UNDER 1 YEAR MOS. DAYS 4b. | UNDER 1 DAY (CHECK) 4c. | DATE OF BIRTH (MONTH, DAY, YEAR) 5. July 13, 1967 | COUNTRY OF DEATH 3b. Palau |

HOSPITAL OR DISPENSARY - NAME (IF NOT IN EITHER, GIVE VILLAGE, MUNICIPALITY, ISLAND) 6c. D.O.A.

HOSPITAL UNIT RECORD NUMBER 6d. A-24405

| ISLAND OR ISLAND GROUP OF DEATH 6a. Palau | ISLAND OF BIRTH 6b. Palau |

| MARRIED, NEVER MARRIED WIDOWED, DIVORCED (SPECIFY) 9. Married | SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME) 10. Elma Tmecherur |

CITIZEN OF WHAT COUNTRY 7. Republic of Palau

| SOCIAL SECURITY NUMBER 8. | USUAL OCCUPATION (GIVE KIND OF WORK DONE DURING MOST OF WORKING LIFE, EVEN IF RETIRED) 12a. Air Traffic Controller | KIND OF BUSINESS OR INDUSTRY 12b. Continental Air Micronesia |

| RESIDENCE - COUNTY 13a. Palau | STATE 13b. Koror | MIDDLE 13c. | DATE INFORMATION WAS GIVEN 13e. March 27, 2002 |

**PARENTS**

| FATHER - NAME 14. | FIRST Meleim | LAST Anrabang | MOTHER - MAIDEN NAME 15. | FIRST Bertha | MIDDLE | LAST Spesungel |

**INFORMATION**

| INFORMANT - NAME 16a. Emiliana Meleim | ADDRESS 16b. Koror, Palau | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH 16c. |

**CAUSE OF DEATH**

PART I. DEATH WAS CAUSED BY:

(ENTER ONLY ONE CAUSE PER LINE FOR (a), (b) AND (c))

IMMEDIATE CAUSE (a) Brain Concusion with Skull Fracture

CONDITIONS, IF ANY WHICH GAVE RISE TO IMMEDIATE CAUSE (a) STATING THE UNDERLYING CAUSE LAST

DUE TO, OR AS A CONSEQUENCE OF: (b) Chest Concussion, multiple ribs fracture

DUE TO, OR AS A CONSEQUENCE OF: (c) Hemo-Pneumothorax

PART II. OTHER SIGNIFICANT CONDITIONS. CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (a)

| AUTOPSY (YES OR NO) 18. Yes |

**MEDICAL ATTENDANT**

I CERTIFY THAT I ATTENDED THE DECEASED AND THAT DEATH OCCURRED ON THE DATE AND TO THE BEST OF MY KNOWLEDGE FROM THE CAUSES SHOWN.

| NAME OF PHYSICIAN 19a. Sung-Il Yoon | SIGNATURE 19b. [signature] | DATE SIGNED (MONTH, DAY, YEAR) 19c. 3/27/02 |

**NO MEDICAL ATTENDANT**

OFFICIAL REPORT AND FINDINGS OF INVESTIGATION WHERE APPLICABLE HERE REVIEWED BY

| NAME OF PHYSICIAN 20a. | DATE OF INQUIRY (MONTH, DAY, YEAR) 20b. | SIGNATURE 20c. | DATE SIGNED (MONTH, DAY, YEAR) 20d. |

**INJURY INFORMATION**

| ACCIDENT, SUICIDE, HOMICIDE OR UNDETERMINED (SPECIFY) 21a. Undetermined | DATE OF INJURY (MONTH, DAY, YEAR) 21b. March 15, 2002 | HOW INJURY OCCURRED (ENTER NATURE OF INJURY IN PART I OR PART II, ITEM 17) 21c. Fall from 2nd Stories Building |

| INJURY AT WORK (YES OR NO) 21d. No | PLACE OF INJURY HOME, FARM, ROAD, DOCK, ETC. 21e. Home | LOCATION (VILLAGE, HAMLET, ETC.) 21f. Iyebukel, Koror |

**DIRECTOR OF HEALTH SERVICES**

I CERTIFY THAT I HAVE REVIEWED AND CERTIFY AS THE COMPLETENESS AND CORRECT AND HAVE ADDED INFORMATION OF INJURE WHEN APPLICABLE.

| SIGNATURE OF DIRECTOR OF HEALTH SERVICES 22a. Gregory L. Dever, M.D. [signature] | DATE SIGNED (MONTH, DAY, YEAR) 22b. March 27, 2002 |

**COURT**

| NAME OF CLERK OF COURTS 23a. Eugene J. Mullet [signature] | DATE RECEIVED BY CLERK OF COURTS (MONTH, DAY, YEAR) 23b. 3/29/2002 |

KOP FORM 091

# EXHIBIT "D"

# COMMONWEALTH OF THE NORTHERN MARIANAS
## APPLICATION FOR MARRIAGE LICENSE
### AND
## RECORD OF MARRIAGE

WHERE ONE OR BOTH PARTIES ARE NON-CITIZENS OF THE TRUST TERRITORY

## I. APPLICATION

| | A. MALE | B. FEMALE |
|---|---|---|
| 1. NAME (Full Name) | MARKY MELEIM | ELMA TMECHERUR |
| 2. PRESENT RESIDENCE Village, Municipality or Residence | Navy Hill | Navy Hill |
| ATOLL OR ISLAND GROUP | Saipan, MP 96950 | Saipan, MP 96950 |
| 3. HOME OR PERMANENT RESIDENCE Village, Municipality or Island or City and State | Koror | Koror |
| ATOLL OR ISLAND GROUP OR COUNTRY | Palau | Palau |
| 4. RACE AND CITIZENSHIP — RACE | Palauan | Palauan |
| CITIZEN OF WHAT COUNTRY | Republic of Palau | Republic of Palau |
| 5. DATE OF BIRTH AND AGE | July 13, 1967 — AGE 23 | October 09, 1961 — AGE 29 |
| 6. PLACE OF BIRTH Village, Municipality or Island or City and State | Koror | Koror |
| ATOLL OR ISLAND GROUP OR COUNTRY | Palau | Palau |
| 7. OCCUPATION | CSA Ramp - Continental Air Micronesia | Accounting Technician - M.T.C. |

| 8. PRIOR MARRIAGES NUMBER AND HOW TERMINATED | HOW TERMINATED (1) DEATH ☐ DIVORCED ☐ ANNULMENT ☐ (2) DEATH ☐ DIVORCED ☐ ANNULMENT ☐ (3) DEATH ☐ DIVORCED ☐ ANNULMENT ☐ | NUMBER OF PRIOR MARRIAGES* -0- | HOW TERMINATED (1) DEATH ☐ DIVORCED ☐ ANNULMENT ☐ (2) DEATH ☐ DIVORCED ☐ ANNULMENT ☐ (3) DEATH ☐ DIVORCED ☐ ANNULMENT ☐ | NUMBER OF PRIOR MARRIAGES* -0- |
|---|---|---|---|---|

| 9. DATE AND SIGNATURE OF APPLICANT | SIGNATURE OF MALE *(signature)* DATE 11/27/90 | SIGNATURE OF FEMALE *(signature)* DATE 11/27/90 |
|---|---|---|

10. APPLICATION GRANTED: December 04, 1990     Signature of Mayor: JESUS C. DL. GUERRERO

## II. RECORD OF MARRIAGE

| 1. DATE AND PLACE OF MARRIAGE | December 6, 1990 | 2. PLACE OF MARRIAGE | OFFICE OF THE MAYOR OF SAIPAN, MP 96950 |
|---|---|---|---|

| 2. SIGNATURES OF HUSBAND AND WIFE | a. SIGNATURE OF HUSBAND Marky Meleim *(signature)* | b. SIGNATURE OF WIFE Elma T. Me *(signature)* |
|---|---|---|

| 3. SIGNATURES OF WITNESSES | a. WITNESS (1) Vicente C. Roast *(signature)* | b. WITNESS (2) Naomi Mele *(signature)* |
|---|---|---|

| 4. CERTIFICATION OF PERSON WHO PERFORMED WEDDING CEREMONY | SIGNATURE *(signature)* JESUS S. DL. GUERRERO | TITLE Mayor of Saipan |
|---|---|---|

| 5. CLERK OF COURTS | a. SIGNATURE OF CLERK OF COURTS ** Orana S. Castro, D.R. | b. DATE RECEIVED ** 12/06/90 |
|---|---|---|

*If either party had more than three prior marriages, show on back of this form how each after the first three was ended.
**Item II 5a and b to be completed only one copy filed with clerk of courts.

# EXHIBIT "E"

FOR CLERK OF COURTS
MARRIAGE FILE NO.
98-97

REPUBLIC OF PALAU
## RECORD OF MARRIAGE UNDER LOCAL CUSTOM
*WHERE BOTH PARTIES ARE CITIZENS OF THE REPUBLIC OF PALAU*

(Please Type)

| | A. HUSBAND | B. WIFE (Maiden Name) |
|---|---|---|
| NAME | MARKY A. MELELM | MADELINE T. RUBASCH |
| PRESENT USUAL RESIDENCE HAMLET, STATE COUNTRY | YIGO GUAM | YIGO GUAM |
| HOME HAMLET, STATE COUNTRY | SAME AS ABOVE | SAME AS ABOVE |
| DATE OF BIRTH AND AGE | Date of Birth: 7·13·67   Age: 31 | Date of Birth: 12·10·69   Age: 29 |
| PLACE OF BIRTH HAMLET, STATE COUNTRY | NGARAARD PALAU | KOROR PALAU |
| PLACE & DATE OF MARRIAGE | KOROR PALAU | DATE OF MARRIAGE 11·18·98 |
| SIGNATURES OF HUSBAND AND WIFE | SIGNATURE OF HUSBAND | SIGNATURE OF WIFE |
| SIGNATURES OF WITNESSES | SIGNATURE OF WITNESS (1) | SIGNATURE OF WITNESS (2) |
| CLERK OF COURT | DATE RECEIVED Nov. 19, 1998 | SIGNATURE OF CLERK OF COURTS |

### PALAU NATIONAL CODE

Sec. 204. Marriage Between Citizens. Marriage contracts between parties, both of whom are citizens of the Republic, solemnized in accordance with recognized custom, shall be valid. A notice of such marriage, showing the names and addresses of the persons married, their ages and date of marriage, shall be sent to the Clerk of Courts, who shall, upon receipt thereof, record the same in the Marriage Register.

EXHIBITE

I hereby certify that the foregoing hereof is a full, true
and correct copy of the original in the office
of the Clerk of Courts, Supreme Court, Republic of Palau

_signature_    3/28/02

Clerk of Courts
Supreme Court
Republic of Palau
90440

# EXHIBIT
## "F"

IN THE
COURT OF COMMON PLEAS
REPUBLIC OF PALAU

IN RE: THE CONFIRMATION    *    CP/CIVIL ACTION No.03-076
OF CUSTOMARY DIVORCE OF    *
MARKY MELELM AND           *        ORDER AND JUDGMENT
ELMA TMECHERUR.            *
                  * * * * * * *

Counsel for Petitioner: Micronesian Legal Services Corporation
                        By:  David J. Kirschenheiter
_____/

        This matter having come before this Court on a Petition to

Confirm Customary Marriage and the Court being fully advised in

the premises;

        IT IS HEREBY ORDERED AND ADJUDGED THAT:

        1.  The divorce between Marky Melelm and Elma Tmecherur

which occurred according to recognized Palauan custom sometime in

1995 is hereby confirmed.

        2.  Micronesian Legal Services Corporation is permitted to

withdraw as Petitioner's counsel as the divorce has been

confirmed.

Entered: _Aug. 12, 2003_            _Lourdes F. Materne_
                                      Lourdes F. Materne
                                      Senior Judge

**EXHIBIT F**

**Continental Micronesia, Inc. 401(K) Savings Plan vs. Elma Tmecherur & Rubasch**
**District Court of Guam Civil Case No. CIV04-00032**
**PLAINTIFF CONTINENTAL MICRONESIA INC. 401(K) SAVINGS PLANS**
**PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; DECLARATION**
**OF ANNIE DUENAS; EXHIBITS A-F; DECLARATION OF SERVICE/MAILING**

## DECLARATION OF SERVICE/MAILING

I, David Ledger, hereby declare under penalty of perjury of the laws of the United

States, that on January 10, 2005, I will cause to be served, via hand delivery, a true and correct

copy of PLAINTIFF CONTINENTAL MICRONESIA INC. 401(K) SAVINGS PLANS

PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; DECLARATION OF

ANNIE DUENAS; EXHIBITS A-F; DECLARATION OF SERVICE/MAILING upon

Defendant Elma Tmecherur at the CNMI Government's Department of Finance (located in

Saipan's Capitol Hill) and, via certified mail, postage prepaid, upon Defendant Madeline

Rubasch at Post Office Box 874, Koror, PW 96940.

Executed this 10th day of January 2005 at Hagåtña, Guam.

DAVID LEDGER

4844-7465-2928.2.013280-00086