CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan



FILED
DISTRICT COURT OF GUAM
JAN 11 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>ELMA TMECHERUR and MADELINE RUBASCH,<br><br>Defendants. | CIVIL CASE NO. 04-00032<br><br>**AMENDED DECLARATION OF SERVICE** |

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on January 11, 2005, I served, via hand delivery, a true and correct copy of the following documents upon Defendant Elma Tmecherur:

1. NOTICE OF HEARING REGARDING INTENT TO MAKE DISTRIBUTION IN ACCORDANCE WITH PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW ATTACHED HERETO AS EXHIBIT A; DECLARATION OF SERVICE/MAILING; and,

2. PLAINTIFF CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; DECLARATION OF ANNIE DUENAS; EXHIBITS A-F; DECLARATION OF SERVICE/MAILING.

Executed this 11th day of January 2005 at Hagåtña, Guam.

DAVID LEDGER