# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES - GENERAL

**CASE NO.** CV-04-00032  **DATE:** 03/18/2005  **TIME:** 10:17

**CAPTION:** CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN -vs - ELMA TMECHERUR, et al.

* * *

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge  Law Clerk: Kim Walmsley
Court Reporter: Wanda Miles  Courtroom Deputy: Virginia T. Kilgore
Electronically Recorded: 10:17:19 - 10:31:10  CSO: B. Benavente

* * * APPEARANCES * * *

**COUNSEL FOR PLAINTIFF(s):**  **COUNSEL FOR DEFENDANT(s):**

PATRICK MASON - Continental Micronesia, Inc.  ELMA TMECHERUR, PRO SE

* * *

**PROCEEDINGS:**
### INTENT TO MAKE DISTRIBUTION IN ACCORDANCE
### WITH PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

( ) MOTION (S) ARGUED BY  ( ) PLAINTIFF  ( ) DEFENDANT

( ) MOTION(s)  ___Granted  ___Denied  ___Settled  ___Withdrawn  ___Under Advisement

( ) ORDER SUBMITTED  ___Approved  ___Disapproved

( ) ORDER to be Prepared By:_____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Ms. Tmecherur appeared and stated that she was married in Saipan to the decedent and her marriage was not dissolved. The Court informed the parties that it will make a recommendation to the District Judge to adopt the findings and conclusions proposed by the plaintiff that Ms. Rubasch was the decedent's wife at the time of death.

Ms. Tmecherur provided the Court with her address in Saipan.

COURTROOM DEPUTY: _____