

**FILED**
DISTRICT COURT OF GUAM
MAR 21 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN,<br><br>Plaintiff,<br>vs.<br><br>ELMA TMECHERUR and MADELINE RUBASCH,<br><br>Defendants. | Civil Case No. 04-00032<br><br><br><br><br>ORDER |

On March 18, 2005, the above-captioned matter came before the Court for a hearing on the Plaintiff's proposed Findings of Fact and Conclusions of Law as to the distribution of the decedent's benefit plan proceeds. Appearing at the hearing were Plaintiff's counsel J. Patrick Mason and defendant Elma Tmercherur, *pro se*.

The Plaintiff had proposed a distribution to defendant Madeline Rubasch, whom the Plaintiff believed was the decedent's surviving spouse. In support of this conclusion, the Plaintiff presented a court order from the Court of Common Pleas, Republic of Palau, confirming the divorce between the decedent and his first wife, Ms. Tmecherur. See Decl. A. Duenas (appended to Proposed Findings of Fact and Conclusions of Law, Docket No. 15) and Exhibit F thereto. The Court is concerned about the authenticity of this "divorce decree" since it bears no certification from the Court of Common Pleas in Palau and was provided to the Plaintiff by Ms. Rubasch – the second wife who contends that she is the rightful heir to the plan benefits.

///
///
///



**ORIGINAL**

Accordingly, before the Court can issue its findings and recommendations to the District Judge, the Plaintiff is directed to obtain a certified copy of the court order confirming the divorce between the decedent and Ms. Tmecherur from the Court of Common Pleas, Republic of Palau. The Plaintiff shall file said document with the Court by April 18, 2005.

SO ORDERED this 18th day of March 2005.

/s/ Joaquin V.E. Manibusan, Jr.
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge