CARLSMITH BALL LLP

DAVID LEDGER
J.PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan



FILED
DISTRICT COURT OF GUAM
APR 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>ELMA TMECHERUR and MADELINE RUBASCH,<br><br>Defendants. | CIVIL CASE NO. CIV04-00032<br><br>**RESPONSE TO COURT ORDER** |

The Court ordered the Plaintiff to obtain a certified copy of the Order and Judgment from the Court of Common Pleas of the Republic of Palau confirming the divorce between Marky Melelm and Elma Tmecherur. In order to save the expense of having to fly to Palau to get the certified copy of the document, the Plaintiff used Continental's local agent in Palau to obtain the document from the Court of Common Pleas. As a result, the Plaintiff was unable to produce the

///

///

document by April 18, 2005. Plaintiff did receive the document this morning. The certified copy of the Order and Judgment is attached hereto.

Respectfully submitted this 21st day of April 2005 at Hagåtña, Guam.

CARLSMITH BALL LLP

_/s/ J. Patrick Mason_
J. PATRICK MASON
DAVID LEDGER
Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan

IN THE
COURT OF COMMON PLEAS
REPUBLIC OF PALAU

IN RE: THE CONFIRMATION * CP/CIVIL ACTION No. 03-076
OF CUSTOMARY DIVORCE OF *
MARKY MELELM AND * ORDER AND JUDGMENT
ELMA TMECHERUR. *
\* \* \* \* \* \* \*

Counsel for Petitioner: Micronesian Legal Services Corporation
By: David J. Kirschenheiter
_____/

This matter having come before this Court on a Petition to Confirm Customary Marriage and the Court being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. The divorce between Marky Melelm and Elma Tmecherur which occurred according to recognized Palauan custom sometime in 1995 is hereby confirmed.

2. Micronesian Legal Services Corporation is permitted to withdraw as Petitioner's counsel as the divorce has been confirmed.

Entered: **Aug. 12, 2013**

Lourdes F. Materne
Senior Judge

I do hereby certify that the foregoing is a
full, true and correct copy of the original
on file in the office of the Clerk of Courts,
Supreme Court, Republic of Palau.

4/19/05                Hasinta Tabelual
Date                   Deputy Clerk IV