ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan

FILED
DISTRICT COURT OF GUAM
APR 2 6 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>ELMA TMECHERUR and MADELINE RUBASCH,<br><br>Defendants. | CIVIL CASE NO. 04-00032<br><br>**DECLARATION OF SERVICE** |

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on April 25, 2005, I served, a true and correct copy of the Response to Court Order filed April 21, 2005, via hand delivery upon Defendant Elma Tmecherur and, via U.S. postal service, registered mail upon Ms. Madeline Rubasch at Post Office Box 874, Koror, PW 96940.

Executed this 25th day of April 2005 at Hagåtña, Guam.

DAVID LEDGER