```
                                                          FILED
                                                  DISTRICT COURT OF GUAM
                                                        JUL -8 2005
                                                      MARY L.M. MORAN
                                                      CLERK OF COURT
```

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN, | Civil Case No. 04-00032 |
| Plaintiff, vs. | |
| ELMA TMECHERUR and MADELINE RUBASCH, | ORDER |
| Defendants. | |

On June 30, 2004, Continental Micronesia, Inc. 401(K) Savings Plan ("plaintiff") filed a Complaint for Interpleader. The plaintiff is an employee benefit plan, as defined in Section 3(3) of the Employee Retirement Income Security Act of 1974. On March 15, 2002, Marky Melelm, ("decedent") a plan participant died. Under the plan the decedent listed his "wife" as the beneficiary. Defendants, Ms. Madeline Rubasch and Ms. Elma Tmecherur each sought to collect the benefits of the decedent's interest in the plan as his "wife." The plaintiff therefore filed the instant action to determine the proper beneficiary.

The Magistrate Judge set the matter for a hearing on March 18, 2005. Appearing at the hearing were plaintiff's counsel, J. Patrick Mason and defendant, Elma Tmecherur, *pro se*. After hearing from the parties, the Magistrate Judge issued his Findings and Recommendation ("Report") on June 15, 2005, wherein, he recommended that the benefits under the plan be distributed to Ms. Madeline Rubasch. The Magistrate Judge's Report was mailed to defendant, Ms. Tmecherur. To date, none of the parties have filed objections.

After review of the June 15, 2005 Report, this Court concurs with the Magistrate Judge's findings and recommendation and affirms his Report in its entirety. Plaintiff is to submit an

| | |
|---|---|
| 1 | updated application for attorney's fees and costs by July 13, 2005. |
| 2 | **SO ORDERED** this _8th_ day of July, 2005. |

_____
District Judge Robert M. Takasugi[*]
United States District Judge

Notice is hereby given that this document was entered on the docket on _07/11/05_.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ _07/11/05_
Deputy Clerk    Date

---

[*]The Honorable Robert M. Takasugi, United States Senior District Judge for the Central District of California, by designation.