"ORIGINAL ●

**FILED**

DISTRICT COURT OF GUAM

JUL 13 2005

MARY L.M. MORAN
CLERK OF COURT

23

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
J.PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN, <br><br> Plaintiff, <br><br> vs. <br><br> ELMA TMECHERUR and MADELINE RUBASCH, <br><br> Defendants. | CIVIL CASE NO. 04-00032 <br><br> **PLAINTIFF'S UPDATED APPLICATION FOR ATTORNEYS FEES AND COSTS; DECLARATION OF J.PATRICK MASON; EXHIBITS A-C** |

Plaintiff Continental Micronesia, Inc. 401(K) Savings Plan ("Plaintiff"), by and through

its Counsel, respectfully applies to this Court for an Order reimbursing it for Attorneys Fees and

Costs incurred in entering Default on Defendants in this case. This Application is supported by

the Declaration of J.Patrick Mason, Exhibits A-C and the record and files herein.

DATED: Hagåtña, Guam, July 13, 2005.

CARLSMITH BALL LLP

*Pat Mc*

DAVID LEDGER
ELYZE McDONALD
J.PATRICK MASON
Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan

4824-8970-5728.1.013280-00086


## DECLARATION OF J.PATRICK MASON

I, J.PATRICK MASON, state as follows:

1.      I am licensed to practice law before all the Courts of Guam.

2.      I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

3.      I would testify competently as to these facts if called by the Court.

4.      I am Counsel for Plaintiff Continental Micronesia, Inc. 401(K) Savings Plan in this action.

5.      Plaintiff requests reimbursement of its Attorneys' Fees and Costs connected with entering Default against Defendants and submitting the Findings of Fact and Conclusions of Law, as requested by the Court.

6.      Attached hereto as Exhibit "A" is a detailed schedule of the dates and type of legal services rendered for Continental, the amount of time spent for each activity and the total amount billed for each activity, showing in total reasonable Attorneys' Fees of $2,210.00. Said schedule is a Carlsmith Ball LLP business record kept in the ordinary course of business.

7.      Attached hereto as Exhibit "B" is a detailed schedule of the dates and type of cost incurred for Continental and the total amount billed for each cost, showing in total reasonable Costs of $302.09. Said schedule is a Carlsmith Ball LLP business record kept in the ordinary course of business.

8.      Attached hereto as Exhibit "C" are true and correct copies of the invoices and back-up that support the request for costs.

9.      Exhibit C lists Messenger Service costs for September 2004. This is an estimate of the costs as the September 2004 invoice was not submitted to Carlsmith Ball LLP.

4824-8970-5728.1.013280-00086


10.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of July 2005 at Hagåtña, Guam.

_____
J.PATRICK MASON

# EXHIBIT

# "A"

**CONTINENTAL-TMECHERUR & RUBASCH**

013280-00086

**Attorneys Fees**

**11-Jul-05**

| Date | Tkpr | ToBill Hrs | Tobill Amt | Bl Hrs | Billed Amt | Narrative | Status |
|------|------|-----------|-----------|--------|-----------|-----------|--------|
| 6/25/2004 | D.Ledger | 1.2 | $234.00 | 1.2 | $234.00 | Prepare and finalize Complaint for Interpleader. | B |
| 8/4/2004 | D.Ledger | 0.3 | $58.50 | 0.3 | $58.50 | [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] | B |
| 9/6/2004 | J.Razzano | 0.5 | $82.50 | 0.5 | $82.50 | Review of Scheduling Notice; Review of Federal Rules of Civil Procedure 54 and 55. | B |
| 9/7/2004 | J.Razzano | 2.3 | $379.50 | 1.5 | $247.50 | Draft Request for Entry of Default Judgment, Declaration of David Ledger, Motion for Entry of Default Judgment, Memorandum and Points of Authority for Motion for Default Judgment; Entry of Default Judgment, Notice of Motion for Default Judgment by Court, Default Judgment; Review correspondence with client regarding case status. | B |
| 9/13/2004 | J.Razzano | 0.5 | $82.50 | 0.5 | $82.50 | Review and revise Motion for Default Judgment and accompanying Declarations. | B |
| 9/17/2004 | J.Razzano | 0.5 | $82.50 | 0.5 | $82.50 | Review and revise Motion for Default Judgment; Research regarding International Service of Summons under Federal Rule of Civil Procedure 4. | B |
| 9/23/2004 | J.Razzano | 0.3 | $49.50 | 0.3 | $0.00 | Review and revise Declaration of D. Ledger. | B |

**EXHIBIT A**

| Date | Name | Hours | Amount | Hours | Amount | Description | |
|---|---|---|---|---|---|---|---|
| 9/27/2004 | J.Razzano | 0.4 | $66.00 | 0.2 | $33.00 | Telephone conference with Clerk of Court to determine whether Scheduling Conference will go forward in light of Motion for Default Judgment. | B |
| 9/28/2004 | J.Razzano | 0.5 | $82.50 | 0.5 | $0.00 | Assist E. McDonald in preparation for scheduling conference. | B |
| 9/28/2004 | E.McDonald | 1 | $170.00 | 1 | $170.00 | Attend Scheduling Conference. | B |
| 10/6/2004 | J.Borja | 0.3 | $15.00 | 0.3 | $15.00 | Draft Application for Attorneys Fees. | B |
| 10/6/2004 | E.McDonald | 0.2 | $34.00 | 0.2 | $0.00 | Review application for attorney fees and costs. | B |
| 12/2/2004 | E.McDonald | 0.2 | $34.00 | 0.2 | $34.00 | Continue Proposed Findings of Fact and Conclusions of Law. | B |
| 12/6/2004 | E.McDonald | 0.5 | $85.00 | 0.5 | $85.00 | Phone call with A. Duenas re documents needed for Proposed Findings of Fact/Conclusions of Law; review documents. | B |
| 12/7/2004 | E.McDonald | 0.8 | $136.00 | 0.8 | $136.00 | Draft Proposed Findings of Fact and Conclusions of Law. | B |
| 12/8/2004 | E.McDonald | 0.2 | $34.00 | 0.2 | $34.00 | Continue Proposed Findings of Fact/Conclusions of Law. | B |
| 12/9/2004 | E.McDonald | 1.1 | $187.00 | 1.1 | $187.00 | Finalize Proposed Findings of Fact & Conclusions of Law. | B |
| 12/13/2004 | E.McDonald | 0.2 | $34.00 | 0.2 | $34.00 | Contact Annie Duenas to obtain further documentation for Proposed Findings of Fact and Conclusions of Law. | B |
| 12/15/2004 | E.McDonald | 1 | $170.00 | 1 | $0.00 | Review language of Plan for Proposed Findings of Fact. | B |
| 12/16/2004 | E.McDonald | 1.1 | $187.00 | 1.1 | $0.00 | Continue drafting Proposed Findings of Fact and Declaration of Annie Duenas. | B |
| 1/4/2005 | E.McDonald | 0.7 | $119.00 | 0.7 | $119.00 | Finalize Proposed Findings of Fact and Conclusions of Law; phone call with Court regarding filing. | B |

| Date | Name | | | | | Description | |
|---|---|---|---|---|---|---|---|
| 1/5/2005 | E.McDonald | 0.4 | $68.00 | 0.4 | $68.00 | Phone call with A. Duenas regarding Declaration and Proposed Findings of Fact and Conclusions of Law; review agreement between CMI and Rubasch and Tmecherur; revise Declaration and Findings/Conclusions. | B |
| 1/6/2005 | E.McDonald | 0.5 | $85.00 | 0.5 | $85.00 | Finalize Findings of Fact/Conclusions of Law and Declaration of A.Duenas. | B |
| 3/17/2005 | J.Razzano | 0.3 | $49.50 | 0.3 | $49.50 | Strategy conference to discuss March 18, 2005 hearing; Review of Proposed Findings of Fact and Conclusions of Law; Prepare for hearing. | B |
| 3/18/2005 | P.Mason | 1 | $220.00 | 1 | $220.00 | Review file and attend Hearing. | B |
| 6/2/2005 | E.McDonald | 0.2 | $34.00 | 0 | $0.00 | Phone call with court to discuss status of case. | W |
| 6/8/2005 | E.McDonald | 0.2 | $34.00 | 0 | $0.00 | Phone call with court regarding status of case. | W |

| | |
|---|---|
| Unbilled Fees: | $68.00 |
| Billed Fees: | $2,057.00 |
| Subtotal: | $2,125.00 |
| Tax: | $85.00 |
| TOTAL: | $2,210.00 |

# EXHIBIT

# "B"

| CONTINENTAL-TMECHERUR & RUBASCH | | | | |
|---|---|---|---|---|
| 013280-00086 | | | | |
| Costs | | | | |
| 11-Jul-05 | | | | |
| | | | | |
| Date | Tkpr | Cost Code | Cost Desc | Billed Amt |
| 6/28/2004 | 3JMC | X | Photocopies (Complaint for Interpleader) | $7.20 |
| 6/29/2004 | DPL | AP | Payment to Third Party (Filing fee-District Court of Guam) | $150.00 |
| 7/12/2004 | DPL | MS | Messenger Service (Post Office mail) | $4.50 |
| 7/13/2004 | DPL | MS | Messenger Service (District Court filing) | $4.50 |
| 7/19/2004 | DPL | AP | Payment to Third Party (Process Service fee) | $20.00 |
| 7/12/2004 | DPL | PG | Postage (Regular mail to Rubasch) | $0.60 |
| 7/12/2004 | DPL | PG | Postage (Certified mail to Rubasch) | $4.65 |
| 7/19/2004 | DPL | CS | Courier Service (Complaint and Summons sent to Saipan Office for service on Tmecherur) | $11.12 |
| 9/13/2004 | DPL | MS | Messenger Service (District Court filing of Request for Entry of Default) | $4.50 |
| 9/28/2004 | 3JMC | X | Photocopies (Motion for Default Judgment) | $1.00 |
| 9/29/2004 | EJM | MS | Messenger Service (District Court filing) | $4.50 |
| 9/27/2004 | JCR | MS | Messenger Service (District Court filing - Motion for Default Judgment) | $4.50 |
| 9/30/2004 | EJM | MS | Messenger Service (District Court filing) | $4.50 |
| 1/7/2005 | DPL | MS | Messenger Service (P/U at Continental HR office) | $4.50 |
| 1/10/2005 | DPL | MS | Messenger Service (District Court filing - NOTICE of Hearing Re Intent to Make Distribution in Accordance w/Proposed Findings of Fact & Conclusions of Law ) | $9.00 |
| 1/11/2005 | DPL | MS | Messenger Service (District Court filing - Amended Declaration of Service) | $4.50 |
| 1/10/2005 | DPL | PG | Postage (Registered mail to Rubasch) | $11.46 |
| 1/13/2005 | DPL | CS | Courier Service (Receipt of documents served on E.Tmecherur from Carlsmith Saipan) | $12.12 |
| 4/25/2005 | 3JMC | X | Photocopies (Response to Court Order) | $1.80 |
| 4/21/2005 | DPL | MS | Messenger Service (District Court filing - Response to Court Order) | $9.00 |
| 4/25/2005 | DPL | MS | Messenger Service (Post Office mail) | $2.25 |
| 4/26/2005 | DPL | MS | Messenger Service (District Court filing - Declaration of Service) | $4.50 |



| | | | | |
|---|---|---|---|---|
| 4/25/2005 | DPL | PG | Postage (Registered mail to Rubasch) | $9.62 |
| 4/29/2005 | DPL | CS | Courier Service (Receipt of documents served on E.Tmecherur from Carlsmith Saipan) | $11.77 |
| | | | | |
| Total Billed Costs: | | $302.09 | | |

# EXHIBIT

# "C"

# CHECK REQUEST

7/19/04

Date:

**Payable to:**    RAINALDO AGULTO

**Address:**

**Expense Description:**    PROCESS SERVICE FEE

**Amount:**    $20.00

**Instructions:** (Please check one)

| | | | |
|---|---|---|---|
| | Honolulu Office: | Mail to Vendor [ ] | Call Ext. [ ] |
| | All Other Offices: | Mail to Vendor [ ] | Return [ ] |

**Charge To:**    DAVID P. LEDGER - NEW

Section/Marketing Group/Client/Office Expense**

**Client/Matter #:**    000DPL-00001

## Detailed Entertainment Record

| Date | Item | Persons Entertained (i.e., Title & Company) | Place Name & Location | Business Discussed | Amount |
|---|---|---|---|---|---|

RECEIPT    5129
DATE 7/19/04
RECEIVED FROM _Carlsmith Ball Law offices_
ADDRESS _Capitol Hill_
_Twenty dollars and 0/100_    DOLLARS $ 20.00
FOR _Serving of sworn for Elena Anderson_

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | |
| AMT. PAID | 20 | CHECK | |
| BALANCE DUE | | MONEY ORDER | BY _Rainaldo S. Agulto_ |

Check Amount $    0.00

**Submitted By TKID**    DPL/7mjc
(Attorney) / (Secretary)

**Approved ***    _____
Signature                          Print TKID

_____

** Note: The appropriate person **must** approve Marketing, Training and Office related expenses.

**EXHIBIT C**

# POSTAGE CHARGE                                  COST CODE

## PG

**OFFICE: <u>GUAM</u>**

*(Print or write legibly)*                    **DATE:   07/12/04    $132.82**

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE | AMOUNT |
|----------|-----------|-----------|------|---------|--------|
| | | | | (Regular / Certified / Express / Registered) | |
| 901-30 | admin | Yutaka Okano | | regular | 1.06 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Chargeable:

| | | | | | |
|----------|-----------|-----------|------|---------|--------|
| 036786-00001 | Kawaden-Incorp. | Yutaka Kawasaki | SMT | registered | 11.85 |
| 000DPL-00001 | Continental-Tmecherur | Madeline Rubasch | DPL | regular | .60 |
| 000DPL-00001 | Continental-Tmecherur | " | " | Certified | 4.65 |

4828-2595-2256.1.000901-00030                    - 1 -



## POSTAGE CHARGE       COST CODE
### PG
## OFFICE: <u>GUAM</u>

*(Print or write legibly)*     **DATE:01/10/05 $347.74**

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE | AMOUNT |
|---|---|---|---|---|---|
| | | | | (Regular / Certified / Express / Registered) | |
| 000901-00030 | Office Expense | Mr. Osamu kanabuchi | | Regular | 0.37 |
| 000901-00030 | Office Expense | Jimmy Swartz | | Regular | 0.37 |
| 000901-00030 | Office Expense | Mr. Rodney Rankin | | Regular | 0.37 |
| 000901-00030 | Office Expense | Mr. Steven D. Smith | | Regular | 0.37 |
| 000901-00030 | Office Expense | Robert Hernandez | | Regular | 0.37 |
| 000901-00030 | Office Expense | Peter McGrath | | Regular | 0.37 |
| 000901-00030 | Office Expense | Kohei Taguchi | | Regular | 0.37 |
| 000901-00030 | Office Expense | Joel Rubio | | Regular | 0.37 |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 000999-00001 | MM-Personal | Casey Eye Instituted | MM | Regular | 0.37 |
| 010028-02500 | BOH-Villegas, Cristino | Miscellaneous | MM | Certified Mail 4.42 x 2 | 8.84 |
| 013280-00086 | Continental-Tmecherur | Maeline Rubasch | DPL | Registered Mail | 11.46 |

Total Postage Used: $23.63

| | | |
|---|---|---|
| 4846-3207-1936.1.000901-00030 | - 1 - | |

## POSTAGE CHARGE      COST CODE
### PG
## OFFICE: <u>GUAM</u>

*(Print or write legibly)*     **DATE:04-25-05 $798.32**

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 000901-00030 | Office Expense | Jeana H. Park | | Regular | 0.37 |
| 000JMB-00001 | June-Personal | Sears | | Regular | 0.37 |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 0000BC-00001 | BC-Personal | Miscellaneous | BC | Regular | 0.37 |
| 013280-00086 | Continental-Tmecher | Madeline Rubasch | DPL | Registered mail | 9.62 |
| 053394-00008 | Sanko Bussan-Mina Maru | Yoshinori Kukai | DPL | Regular | 5.30 |
| 039587-00029 | West of England-Alex Amaqui | Norweigian Cruise Line | DPL | Express mail | 13.65 |

Total Postage Used: $33.32

| | | |
|---|---|---|
| 4825-1244-4416.1.000901-00030 | - 1 - | |

EXPRESS ONE SERVICES
P.O. BOX 11072
TAMUNING, GUAM 96931

SEP 1 6 2004

## STATEMENT OF ACCOUNT

CARLSMITH BALL
BOH STE. 401
134 WEST SOLEDAD AVE.
ACANA, GUAM
ATTN: ACCOUNTS PAYABLE

### 04 JULY BILLING

| DATE | DESCRIPTION | DESTINATION | AMOUNT |
|------|-------------|-------------|--------|
| 01 | SERVE | BERMAN | 4.50 |
| | REC DOCUMENTS | DLM | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | SERVE | STEFFY | 4.50 |
| | SERVE | BUTLER | 4.50 |
| 02 | P/UP DOCUMENTS | GPA-ENG. | 4.50 |
| | SERVE | CABOT | 4.50 |
| | SERVE | STEFFY | 4.50 |
| | SERVE | BUTLER | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| 06 | DEL. DOCUMENTS | TONY BARCINAS | 4.50 |
| 07 | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | SERVE | PDSC-KATHLEEN | 4.50 |
| | RETURN DOCS. | CARLSMITH BALL | 4.50 |
| 08 | SERVE | PAT WOLFE | 4.50 |
| | SERVE | BARCINAS · | 4.50 |
| | SERVE | CABOT | 4.50 |
| | DEL. DOCUMENTS | IST COMM. BANK | 4.50 |
| 09 | PAYMENT | GTA | 4.50 |
| | COPY MAP | COPY XPRESS | 4.50 |
| | DEL. COPIES | SCOG-MARSHALL | 4.50 |
| URGENT | P/UP DOCUMENTS | SUPERIOR COURT | 6.00 |
| | RETURN DOCUMENT | CARLSMITH | 4.50 |
| | DEL. ENVELOPE | PHO CRUS-SCOG | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | HIGHSMITH | 4.50 |
| | SERVE | AG | 4.50 |
| | SERVE | GGRF | 4.50 |
| 12 | REGISTERED LETTER | POST OFFICE | 4.50 |

| | | | |
|---|---|---|---|
| | P/UP FILE | DEWITT | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | SERVE | MAIR MAIR | 4.50 |
| | SERVE | KEOGH | 4.50 |
| | DEL. DOCUMENTS | HANSEN HELICOPTERS | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| 13 | DOCS. FOR SIGN | LUJAN AGUIGUI | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | SERVE | DOOLEY ROBERTS | 4.50 |
| | DEL. DOCUMENTS | BANK PACIFIC | 4.50 |
| 14 | DEL. ENVELOPE | SDA | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | SERVE | BERMAN | 4.50 |
| 15 | DOCS. FOR SIGN | CABOT/HOPKINS | 4.50 |
| | P/UP DOCUMENTS | BUTLER | 4.50 |
| | DELIVER CHECK | SUPERIOR COURT | 4.50 |
| | DEL. DOCUMENTS | CITIBANK | 4.50 |
| | SERVE | BERMAN | 4.50 |
| 16 | DEL. DOCUMENTS | GUCCI-OFFICE MOVED | 4.50 |
| | P/UP DOCUMENTS | GGRF | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | SERVE | GORMAN GAVRAS | 4.50 |
| | DEL. DOCUMENTS | GUCCI-2ND STOP | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | DOCS FRO SIGN | AG'S OFFICE | 4.50 |
| | FILLING | SUPERIOR COURT | 4.50 |
| | SERVE | GRAY | 4.50 |
| 19 | PAYMENT | TOG | 4.50 |
| | P/UP DOCUMENTS | REV N TAX | 4.50 |
| | P/UP FILES | DEWITT | 4.50 |
| | FILLING | SUPERIOR COURT | 4.50 |
| | RETURN DOCS. | CARLSMITH | 4.50 |
| 20 | FILLING | DISTRICT COURT | 4.50 |
| 2ND TRIP | FILLING | DISTRICT COURT | 4.50 |
| | SERVE | TANG | 4.50 |
| | SERVE | STEFFY | 4.50 |
| | SERVE | BARCINAS | 4.50 |
| 22 | DOCS. FOR SIGN | CABOT | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | FILING | SCOG-2ND STOP | 4.50 |
| | SERVE | AG | 4.50 |
| | FILLING | TRAFFIC CT. | 4.50 |
| | SERVE | AG | 4.50 |
| | SERVE | PHSS-DIR. OFF. | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| 23 | FILING | SUPERIOR COURT | 4.50 |

| | | |
|---|---|---|
| P/UP DOCUMENTS | DISTRICT COURT | 4.50 |
| P/UP DOCUMENTS | CABOT | 4.50 |
| DEL. DOCS. | AK | 4.50 |
| FILING | DISTRICT COURT | 4.50 |
| DC/ RTN DOCS. | CARSMITH | 4.50 |
| SERVE | STEFFY | 4.50 |
| SERVE | BUTLER | 4.50 |
| CERTIFIED LETTER | POST OFFICE | 4.50 |
| P/UP DOCUMENTS | SUPERIOR COURT | 4.50 |
| 26  DEL. DOCUMENTS | SDA | 4.50 |
| FILING | SUPERIOR COURT | 4.50 |
| SERVE | CABOT | 4.50 |
| DEL. DOCUMENTS | BANK PACIFIC | 4.50 |
| CERTIFIED LETTER | POST OFFICE | 4.50 |
| 27  DOCS. FOR SIGN | AMERICOPTERS | 4.50 |
| P/UP DOCUMENTS | DISTRICT COURT | 4.50 |
| DEL. DOCUMENTS | HIGHSMITH | 4.50 |
| CERTIFIED LETTERS | POST OFFICE | 4.50 |
| 28  FILING | DISTRICT COURT | 4.50 |
| SERVE | VAN DE VELD | 4.50 |
| SERVE | TANG | 4.50 |
| 29  DEL. DOCUMENTS | GUAM CELL | 4.50 |
| DEL. DOCUMENTS | DELOITTE TOUCHE | 4.50 |
| CERTIFIED LETTER | POST OFFICE | 4.50 |
| FILING | SUPERIOR COURT | 4.50 |
| SERVE | PETER PEREZ | 4.50 |
| 30  FILING | SUPERIOR COURT | 4.50 |
| SERVE | HIGHSMITH | 4.50 |
| DEL. DOCUMENTS | SUPERIOR COURT | 4.50 |
| FILING | DISTRICT COURT | 4.50 |
| DC/ RET. DOCS. | CARLSMITH | 4.50 |

TOTAL AMOUNT DUE ————————— 496.50
MONTHLY P/UP MAILS FROM POST OFFICE —— 150.00

TOTAL AMOUNT DUE ————————— 646.50

Charge to: _____ O/E _____
(Case Name/Section/Marketing Group/Office)
130000 - 52000
Clnt/Mtr # _____
Req. By: _____
Atty. _____
Approved by: _____          Print TKID
Signature
** Charges to Sections & Marketing Groups must be approved
by the Chairs/Regional Coordinator.



EXPRESS ONE SERVICES
P.O. BOX 11072
TAMUNING, GUAM  96931

STATEMENT OF ACCOUNT

CARLSMITH BALL
BOH STE. 401
134 WEST SOLEDAD AVE.
AGANA, GUAM
ATTN: ACCOUNTS PAYABLE

05 JANUARY BILLING

| DATE | DESCRIPTION | DESTINATION | AMOUNT |
|------|-------------|-------------|--------|
| 03 | EXPRESS MAILS | POST OFFICE | 4.50 |
| | DOCS. FOR SIGN | PDN | 4.50 |
| | PAYMENT | GTA | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| 45 MIN. WAITING | SERVE -ESPECIAL RUN | RAY MENO GIAA | 12.00 |
| | DEL. DOCUMENTS | GUAM BAR ASSN | 4.50 |
| | P/UP DOCUMENTS | REV N TAX | 4.50 |
| 04 | FILING | SUPERIOR COURT | 4.50 |
| | P/UP DOCUMENTS | LEGISLATURE | 4.50 |
| | DEL. DOCUMENTS | DELOITTE TOUCHE | 4.50 |
| | P/UP CHECK | CYBERTEC | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | BARCINAS | 4.50 |
| | DEL. DOCUMENTS | DR. BASILIO | 4.50 |
| 05 | DEL. DOCUMENTS | BANK PACIFIC | 4.50 |
| | P/UP DOCUMENTS | SDAR (SDAR) | 4.50 |
| | DEL. DOCUMENTS | GTA | 4.50 |
| | DEL. DOCUMENTS | SUPERIOR COURT | 4.50 |
| | SERVE | STERLING | 4.50 |
| 06 | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | AG | 4.50 |
| | DEL. DOCUMENTS | IST COMM BANK | 4.50 |
| | DEL. DOCUMENTS | GGRF | 4.50 |
| | DEL. DOCUMENTS | CARRIER | 4.50 |
| | P/UP DOCUMENTS | SUPERIOR COURT | 4.50 |
| 07 | P/UP DOCUMENTS | CO-HR | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | P/UP DOCUMENTS | PIC | 4.50 |
| | DEL. DOCUMENTS | CARLSMITH | 4.50 |
| | DEL. DOCUMENTS | DUENAS ASS. | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |

| | | | |
|---|---|---|---|
| 10 | P/UP CHECK | ALC | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | DEL. DOCUMENTS | DELOITTE TOUCHE | 4.50 |
| | DEL. DOCUMENTS | ERNST & YOUNG | 4.50 |
| | PAYMENT | GTA | 4.50 |
| | DEL. DOCUMENTS | COPY XPRESS | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | RET. DOCUMENTS | BUTLER | 4.50 |
| | P/UP CHECK | BANK PACIFIC | 4.50 |
| | P/UP RFP | GGRF | 4.50 |
| | DEL. DOCUMENTS | CIVILLE | 4.50 |
| | REGISTERED LETTER | POST OFFICE | 4.50 |
| 11 | DEL. DOCUMENTS | DELOITTE & TOUCHE | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | DEL. DOCUMENTS | TEKER | 4.50 |
| | DEL. DOCUMENTS | KAUTZ SONS | 4.50 |
| | DEL. DOCUMENTS | COMM IST | 4.50 |
| | XPRESS MAILS | POST OFFICE | 4.50 |
| 12 | DEL. DOCUMENTS | GGRF | 4.50 |
| | P/UP DOCKET SHEET | SUPERIOR COURT | 4.50 |
| | P/UP DOCUMENTS | DUENAS ASS. | 4.50 |
| 13 | P/UP DOCUMENTS | SUPERIOR COURT | 4.50 |
| | P/UP DOCUMENTS | SC-2ND STOP | 4.50 |
| | DEL. DOCUMENTS | CIVILLE TANG | 4.50 |
| | DEL. DOCUMENTS | LUJAN AGUIGUI | 4.50 |
| | DEL. DOCUMENTS | MODDY | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| 14 | DEL. DOCUMENTS | DELOITTE TOUCHE | 4.50 |
| | XPRESS MAILS | POST OFFICE | 4.50 |
| | P/UP COPIES | SUPERIOR COURT | 4.50 |
| | CERTIFEID LETTER | POST OFFICE | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | PHILIPPS | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | DEL. DOCUMENTS | GUAM BAR ASSN. | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | DEL. DOCUMENTS | DR. NAGARKATTI | 4.50 |
| 18 | XPRESS MAILS | POST OFFICE | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | SERVE | BOG | 4.50 |
| | P/UP CALENDAR | SUPERIOR COURT | 4.50 |
| | DEL. CALENDAR | CARLSMITH | 4.50 |
| | P/UP DOCUMENTS | TOYO REAL STATE | 4.50 |
| | FILING | REV N TAX | 4.50 |

| | | | |
|---|---|---|---|
| | DEL. DOCUMENTS | BOTHA GPA | 4.50 |
| | SERVE | TORRES | 4.50 |
| 19 | FILING | REV N TAX | 4.50 |
| | DEL. DOCUMENTS | DELOITTE TOUCHE | 4.50 |
| | DEL. DOCUMENTS | PACIFICARE | 4.50 |
| | DEL. DOCUMENTS | BERMAN | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | PEREZ-WRONG PLA | 4.50 |
| | SERVE | PEREZ-2ND STOP | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | DEL. DOCUMENTS | MIKE CASSIDY | 4.50 |
| 20 | DOCS. FOR SIGN | WILLIAMS | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | SERVE | STEFFY | 4.50 |
| | SERVE | HIGHSMITH | 4.50 |
| | DOCS. FOR SIGN | BERMAN | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | DEL. DOCUMENTS | KAUTZ & SONS | 4.50 |
| | SERVE | LIMITIACO SISON | 4.50 |
| 21 | P/UP DOCUMENTS | SUPERIOR COURT | 4.50 |
| | DEL. DOCUMENTS | CARSMITH | 4.50 |
| | P/UP SIGNED DOCS. | WILLIAMS | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | RET. DOCUMENTS | CARSMITH | 4.50 |
| | SERVE | STEFFY | 4.50 |
| | SERVE | WILLIAMS | 4.50 |
| | RET. ITEMS | LAW LIBRARY | 4.50 |
| 24 | DEL. DOCUMENTS | GUAM BAR | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | TEKER TORRES | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | SERVE | LIMTIACO SISON | 4.50 |
| | PAYMENT | WELLS FARGO | 4.50 |
| | RET. DOCUMENTS | CARLSMITH | 4.50 |
| 25 | PAYMENT | WELLS FARGO | 4.50 |
| | DEPOSIT | FHB | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | HIGHSMITH | 4.50 |
| NOT READY | P/UP COPIES | FAST COPY | 4.50 |
| | XPRESS MAILS | POST OFFICE | 4.50 |
| 2ND STOP | P/UP COPIES | FAST COPY | 4.50 |

| | | | |
|---|---|---|---|
| 26 | DEL. DOCUMENTS | SUPERIOR COURT | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | DEL. BOOKS | LAW LIBRARY | 4.50 |
| | PAYMENT | SUPERIOR COURT | 4.50 |
| | SERVE | TORRES | 4.50 |
| 27 | SERVE | LUJAN AGUIGUI | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| 28 | P/UP CALENDAR | SUPERIOR COURT | 4.50 |
| | DEL. CALENDAR | CARLSMITH | 4.50 |
| | SERVE | LUJAN AGUIGUI | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | BERMAN | 4.50 |
| 2ND TRIP | FILING | SUPERIOR COURT | 4.50 |
| 31 | P/UP COPY | SUPERIOR COURT | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | DEL. DOCUMENTS | GGEFCU | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | SERVE | BERMAN | 4.50 |

TOTAL ---------------------------------- 669.00

P/UP MAILS FROM POST OFFICE --------------------- 150.00

TOTAL AMOUNT DUE --------------- 819.00

BALANCE FROM DECEMBER --------------------------- 915.00

TOTAL AMOUNT DUE ---------------- 1734.00


MAY 2 0 2005

EXPRESS ONE SERVICES
P.O. BOX 11072
TAMUNING, GUAM  96931

STATEMENT OF ACCOUNT

CARLSMITH BALL
BOH STE. 401
134 WEST SOLEDAD AVE.
AGANA, GUAM
ATTN: ACCOUNTS PAYABLE

05 APRIL BILLING

| DATE | DESCRIPTION | DESTINATION | AMOUNT |
|---|---|---|---|
| 01 | P/UP DOCUMENTS | GEDCA | 4.50 |
| | DEL. DOCUMENTS | AG | 4.50 |
| | SERVE | BAUMANN | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | DEL. DOCUMENTS | DELOITTE TOUCHE | 4.50 |
| | P/UP DOCUMENTS | BERMAN | 4.50 |
| | DEL. DOCUMENTS | CARLSMITH | 4.50 |
| | DEL. DOCUMENTS | GEDCA | 4.50 |
| 04 | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | SERVE | STERLING | 4.50 |
| | DEL. DOCUMENTS | GTA-ROBERT TAYLOR | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | SERVE | AG | 4.50 |
| | SERVE | LIMTIACO | 4.50 |
| | P/UP DOCUMENTS | GEDCA | 4.50 |
| | DEL. DOCUMENTS | PAC. INDEM. | 4.50 |
| | DEL. DOCUMENTS | KBSJ | 4.50 |
| 05 | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | ARRIOLA | 4.50 |
| | SERVE | LUJAN AGUIGUI | 4.50 |
| | SERVE | FLORES STEPH. | 4.50 |
| | DEL. DOCUMENTS | SUPREME CT. | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | TEKER | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | SERVE | STERLING | 4.50 |
| | DEL. DOCUMENTS | DISTRICT COURT | 4.50 |
| | XRESS MAILS | POST OFFICE | 4.50 |
| 06 | SERVE | BERMAN | 4.50 |

| | Action | Entity | Amount |
|---|---|---|---|
| | SERVE | STERLING | 4.50 |
| URGENT | DEL. DOCUMENTS | REEF HOTEL | 6.00 |
| | FILING | SUPERIOR COURT | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | SERVE | HORECKY | 4.50 |
| | SERVE | STEFFY | 4.50 |
| | SERVE | HIGHSMITH | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | SERVE | TANG | 4.50 |
| 2ND TRIP | FILING | DISTRICT COURT | 4.50 |
| 07 | DEL. DOCUMENTS | LEGISLATURE | 4.50 |
| | DEL. DOCUMENTS | MARK FISH-BP | 4.50 |
| | DEL. DOCUMENTS | GAVRAS | 4.50 |
| | DEL. DOCUMENTS | GWA | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| 08 | PAYMENT | TOG | 4.50 |
| | TOG./ DEL. RCPT. | AG | 4.50 |
| | P/UP RFP | PAG | 4.50 |
| | DELIVER RFP | CARLSMITH | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | WONG | 4.50 |
| | SERVE | LUJAN | 4.50 |
| | SERVE | VERNIER | 4.50 |
| | SERVE | BERMAN | 4.50 |
| 11 | P/UP DOCUMENTS | SUPERIOR COURT | 4.50 |
| | DEL. DOCUMENTS | CARLSMITH | 4.50 |
| | P/UP DOCUMENTS | DISTRICT COURT | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | BUTLER | 4.50 |
| | SERVE | MARSHAL-SCOG | 4.50 |
| | SERVE | PHILIPPS | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | P/UP DOCUMENT | REV N TAX | 4.50 |
| 12 | P/UP CALENDAR | SUPERIOR COURT | 4.50 |
| | DEL. CALENDAR | CARLSMITH | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | SERVE | AG | 4.50 |
| | DEL. DOCUMENTS | COPY XPRESS | 4.50 |
| | P/UP COPY | COPY XPRESS | 4.50 |
| | P/UP DOCKET SHEET | SUPERIOR COURT | 4.50 |
| | PAYMENT | TOG | 4.50 |
| | P/UP DOCUMENTS | REV N TAX | 4.50 |
| | RET. DOCUMENTS | CARLSMITH | 4.50 |
| | DEL. DISC | COPY XPRESS | 4.50 |
| | DEL. DOCUMENTS | DELOITTE TOUCHE | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | SERVE | STERLING | 4.50 |

| | Task | Location | Amount |
|---|------|----------|--------|
| 13 | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | DEL. DOCUMENTS | KINDEN CORP. | 4.50 |
| | P/UP COPIES | COPY XPRESS | 4.50 |
| | DEL. COPIES | CARLSMITH | 4.50 |
| | PAYMENT | TOG | 4.50 |
| | P/UP CHECK | SHOOTING STAR | 4.50 |
| | DEL. DOCUMENTS | GEDCA | 4.50 |
| | RET. DOCUMENTS | CARLSMITH | 4.50 |
| 14 | P/UP CALENDAR | SUPERIOR COURT | 4.50 |
| | DEL. CALENDAR | CARLSMITH | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | DEL. DOCUMENTS | ROTARY OF CLUB | 4.50 |
| | PAYMENT | CITIBANK | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | SERVE | AG | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | RET. RCPT. CERT. | CARLSMITH | 4.50 |
| 2ND TRIP | SERVE | AG | 4.50 |
| | AG/ RET. DOCUMENTS | CARLSMITH | 4.50 |
| | P/UP TAPE | GGRF-NOT RDY | 4.50 |
| | P/UP TAPE | GGRF-2ND STOP | 4.50 |
| 15 | DEL. DOCUMENTS | GGRF | 4.50 |
| | SERVE | DOOLEY ROBERTS | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | SERVE | AON | 4.50 |
| 18 | DROP FILM | AGANA PHOTO | 4.50 |
| | COLOR COPY DOCS. | COPY XPRESS | 4.50 |
| | DEPOSIT | FHB | 4.50 |
| | SERVE | AG-COHEN | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | SERVE | CITIBANK-EDNA | 4.50 |
| | PAYMENT | PDN | 4.50 |
| 19 | P/UP PHOTO | AGANA PHOTO | 4.50 |
| | DELIVER PHOTO | CARLSMITH | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | PAYMENT | GTA | 4.50 |
| | P/UP DOCUMENTS | KINDEN CORP. | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | DC. RET. DOCUMENTS | CARLSMITH | 4.50 |
| | DEL. ENVELOPE | GGRF | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | SERVE | STERLING | 4.50 |
| 20 | DEL. DOCUMENTS | DELOITTE | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | GORMAN GAVRAS | 4.50 |

| | | | |
|---|---|---|---|
| | FILING | DISTRICT COURT | 4.50 |
| | SERVE | STEFFY | 4.50 |
| | SERVE | WILLIAMS | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | HORECKY | 4.50 |
| | P/UP ENVELOPE | CHAMBER OF COMM | 4.50 |
| | SERVE | GAVRAS | 4.50 |
| 21 | P/UP DOCUMENTS | ANNIE DUENAS | 4.50 |
| | DEL. DOCUMENTS | GUAM BAR | 4.50 |
| | DEL. DOCUMENTS | DELOITTE TOUCHE | 4.50 |
| | SERVE | TANG | 4.50 |
| | SERVE | STERLING | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | DEL. DOCUMENTS | HORECKY | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | SCOG/ RET. CERT. COPY | CARLSMITH | 4.50 |
| | SERVE | WONG | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | SERVE | STERLING | 4.50 |
| | DEL. CD | ADAM B. –CASSIDY | 4.50 |
| | P/UP SIGNED DOCS. | STERLING | 4.50 |
| | DEL. DOCUMENTS | GUCCI | 4.50 |
| | DEL. CD | ADAM B. CASSIDY | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | SERVE | STERLING | 4.50 |
| 22 | P/UP SIGNED DOCS. | STERLING | 4.50 |
| | DEL. DOCUMENTS | CITIBANK | 4.50 |
| | P/UP DOCUMENTS | BANK PACIFIC | 4.50 |
| | DEL. CHECK | GUAM BAR ASS. | 4.50 |
| | DEL. CHECK | LIMTIACO SISON | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | SERVE | AG | 4.50 |
| | SERVE | BERMAN | 4.50 |
| | SERVE | STERLING | 4.50 |
| | SERVE | TARPLEY | 4.50 |
| | CERTIFIED LETTER | POST OFFICE | 4.50 |
| | P/UP TAP | CARLSMITH | 4.50 |
| | FILING | DISTRICT COURT | 4.50 |
| | ~~XPRESS MAILS~~ | ~~POST OFFICE~~ | ~~4.50~~ |
| 22 | DEL. DOCUMENTS | DELOITTE | 4.50 |
| | ~~CERTIFIED LETTER~~ | ~~POST OFFICE~~ | ~~4.50~~ |
| 25 | P/UP DOCUMENTS | CARRIER | 4.50 |
| | FILING | SUPERIOR COURT | 4.50 |
| | P/UP DOCUMENTS | CABRAS MARINE | 4.50 |

|    |                     |                   |       |
|----|---------------------|-------------------|-------|
|    | SERVE               | BERMAN            | 4.50  |
|    | XPRESS MAILS        | POST OFFICE       | 4.50  |
|    | SERVE               | KBSJ              | 4.50  |
|    | SERVE               | GAVRAS            | 4.50  |
|    | SERVE               | TEKER             | 4.50  |
| 26 | DEL. LETTERS        | KIM CHEE BUS.     | 4.50  |
|    | ~~DEL. LETTERS~~    | ~~ZHONG YEE~~     | ~~4.50~~ |
|    | ~~DEL. LETTERS~~    | ~~GAYLORDS~~      | ~~4.50~~ |
|    | ~~DEL. LETTERS~~    | ~~MAYS REST~~     | ~~4.50~~ |
|    | ~~DEL. LETTERS~~    | ~~KIEU HSIEN HSU~~ | ~~4.50~~ |
|    | DEL. DOCUMENTS      | COPY XPRESS       | 4.50  |
|    | P/UP COPY           | COPY XPRESS       | 4.50  |
|    | DEL. COPY           | CARLSMITH         | 4.50  |
|    | SERVE               | BERMAN            | 4.50  |
|    | DEL. FILES          | HORECKY           | 4.50  |
| 3RD TRIP | P/UP DOCUMENTS | FHB-SKY PROP.     | 4.50  |
|    | DEL. DOCUMENTS      | KIM CHEE BUS.     | 4.50  |
|    | FILING              | DISTRICT COURT    | 4.50  |
| 2ND TRIP | SERVE          | BERMAN            | 4.50  |
|    | CERTIFIED LETTER    | POST OFFICE       | 4.50  |
|    | FILING              | SUPERIOR COURT    | 4.50  |
|    | SERVE               | WONG              | 4.50  |
|    | SERVE               | STERLING          | 4.50  |
|    | SERVE               | BERMAN            | 4.50  |
| 27 | P/UP CHECK/DOCS.    | KINDEN CORP.      | 4.50  |
|    | SERVE               | GAVRAS            | 4.50  |
|    | P/UP ORDER          | DISTRICT COURT    | 4.50  |
|    | CERTIFIED LETTER    | POST OFFICE       | 4.50  |
|    | FILING              | SUPERIOR COURT    | 4.50  |
|    | FILING              | DISTRICT COURT    | 4.50  |
|    | SERVE               | AG                | 4.50  |
| 28 ESPECIAL RUN | BOX WEIGH FOR POST. | POST OFFICE | 12.00 |
|    | ~~CERTIFIED LETTER~~ | ~~POST OFFICE~~  | ~~4.50~~ |
|    | SERVE               | BERMAN            | 4.50  |
|    | FILING              | SUPERIOR COURT    | 4.50  |
|    | SERVE               | WONG              | 4.50  |
|    | SERVE               | MVPM              | 4.50  |
|    | SERVE               | LUJAN AGUIGUI     | 4.50  |
|    | DEL. DOCUMENTS      | KOKU RECYCLING    | 4.50  |
|    | FILING              | DISTRICT COURT    | 4.50  |
|    | SERVE               | AG                | 4.50  |
|    | RET. DOCUMENTS      | CARLSMITH         | 4.50  |
|    | COPY DOCS.          | COPY XPRESS       | 4.50  |
|    | DEL. COPY           | DUENAS ASS.       | 4.50  |
| 29 | P/UP CALENDAR       | SUPERIOR COURT    | 4.50  |
|    | DEL. CALENDAR       | CARLSMITH         | 4.50  |
|    | DOCS. FOR SIGN      | MONTY MAN         | 4.50  |

| | | |
|---|---|---|
| RET. DOCUMENTS | CARLSMITH | 4.50 |
| DEL. DOCUMENTS | PDN-LIMTIACO | 4.50 |
| P/UP STIP | SUPERIOR COURT | 4.50 |
| SERVE | DOC | 4.50 |
| SERVE | PROBATION | 4.50 |
| SERVE | BERMAN | 4.50 |
| SERVE | STERLING | 4.50 |
| SERVE | TARPLEY | 4.50 |
| FILING | DISTRICT COURT | 4.50 |
| SERVE | AG | 4.50 |

TOTAL -------------------------- 1044.00

P/UP MAILS FROM POST OFFICE ---------------------- 150.00

TOTAL AMOUNT DUE ------- 1194.00

← 31.50

$ 1162.50

Courier Service

Charge to: _____
(Case Name/Section/Reference Group #)

Cnt/Mtr # 180000      52600

Req. By: _____

Approved: _____

D 0107100000 050119 R 000005820

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | TOTAL AMOUNT DUE | PAYMENT TERMS |
|---|---|---|---|---|
| 01/15/05 | 910435547 | 0018315942 | 534.50 | DUE UPON RECEIPT |

CUSTOMER:   CARLSMITH BALL ETAL,
            PO BOX BF, AGANA GU 96932-8957

| SENDER ADDRESS REFERENCE NUMBER | RECEIVER ADDRESS ZONE | WAYBILL SHIP DATE PCS/WT | SERVICE | BASE / DISCOUNT | CHARGES | TOTAL |
|---|---|---|---|---|---|---|
| CARLSMITH BALL LLP 134 N SOLEDAD AVE STE 401 AGANA GU 96910-5057 413364 00811 ORIX IRC | ORIX CORP WORLD TRADE CTR BLDG 35F 2-7-1 HAMAMATSU-CHO TOKYO JAPAN 1056135 | 7842541232 01/12/05 1/   7 | DOC/NON-DUT. PKG FUEL SURCHARGE | | 62.32 6.86 | 69.18 |
| CARLSMITH BALL LLP 134 N SOLEDAD AVE STE 401 AGANA GU 96910-5057 | ORIX CORP WOLD TRADE CTR BLDG 35 F 2-7-1 HAMATSU-CHO MINATO KU TOKYO JAPAN 1056135 | 7842541254 01/12/05 2/   37 | DOC/NON-DUT. PKG FUEL SURCHARGE MULTIPIECE CHARGE | | 172.01 18.92 10.00 | 200.93 |
| SUBTOTAL DESTINATION SERVICE CENTER TYO | | | | | | 270.11 |
| SUBTOTAL SHIP DATE 20050112 | | | | | | 305.20 |
| CARLSMITH BALL LLP 134 N SOLEDAD AVE STE 401 AGANA GU 96910-5057 | CARLSMITH BALL LLP STE 2200 1001 BISHOP ST HONOLULU HI 96809 ZONE 13 | 8129740430 01/13/05 1/   12 | DOC/NON-DUT. PKG   DISCOUNT FUEL SURCHARGE | 68.50 -19.60 | 48.90 5.38 | 54.28 |
| CARLSMITH BALL LLP 134 N SOLEDAD AVE STE 401 AGANA GU 96910-5057 DRES PERSONAL | MARIE KRAMER 1380 LUSITANA ST POB 1 HONOLULU HI 968132449 ZONE 13 | 8363071555 01/13/05 1/   10 10 16X 12X 10 DIMWT   10 ORGWT   4 | HW PRIORITY EXPRS   DISCOUNT FUEL SURCHARGE | 66.80 -11.09 | 55.71 6.13 | 61.84 |
| SUBTOTAL DESTINATION SERVICE CENTER HNL | | | | | | 116.12 |
| SUBTOTAL SHIP DATE 20050113 | | | | | | 116.12 |
| SUBTOTAL SHIPPER ACCOUNT NUMBER 910435547 | | | | | | 474.50 |
| CARLSMITH BALL MICHMAN CASE & ICHIKI PO BOX 5241 SAIPAN MP 96950-5241 | CARLSMITH BALL LLP PACIFIC TOWER STE 2200 1001 BISHOP ST HONOLULU HI 96813 ZONE 13 | 8347680062 01/07/05 1/   5 | DOC/NON-DUT. PKG   DISCOUNT FUEL SURCHARGE | 45.06 -14.54 | 30.52 3.36 | 33.88 |
| SUBTOTAL DESTINATION SERVICE CENTER HNL | | | | | | 33.88 |
| | | | | | | 33.88 |
| SUBTOTAL BALL MICHMAN | CARLSMITH BALL MICHMAN CASE STE 401 BANK OF HAWAII BLDG AGANA GU 96910 ZONE 13 | 7995533792 01/13/05 1/   1 | DOC/NON-DUT. PKG FUEL SURCHARGE | | 10.92 1.20 | 12.12 |
| SUBTOTAL DESTINATION SERVICE CENTER | | | | | | 12.12 |
| SUBTOTAL SHIP DATE 2005 | | | | | | 12.12 |
| SUBTOTAL SHIPPER ACCOUNT NUMBER 921335382 | | | | | | 46.00 |

THANK YOU FOR CHOOSING DHL

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | TOTAL AMOUNT DUE | PAYMENT TERMS |
|---|---|---|---|---|
| 05/07/05 | 910435547 | 0019541924 | 367.52 | DUE UPON RECEIPT |

CUSTOMER: CARLSMITH BALL ETAL,
PO BOX BF, AGANA GU 96932-8957

| SENDER ADDRESS REFERENCE NUMBER | RECEIVER ADDRESS ZONE | WAYBILL SHIP DATE PCS/WT | SERVICE | BASE / DISCOUNT | CHARGES | TOTAL |
|---|---|---|---|---|---|---|
| CARLSMITH BALL LLP 134 N SOLEDAD AVE STE 401 AGANA GU 96910-5057 | CARLSMITH BALL LLP STE 2200 1001 BISHOP ST HONOLULU HI 96813 ZONE 13 | 8278165394 04/28/05 1/ 2 | DOC/NON-DUT. PKG DISCOUNT FUEL SURCHARGE | 36.21 -12.43 | 23.78 2.50 | 26.28 |
| SUBTOTAL DESTINATION SERVICE CENTER HNL | | | | | | 26.28 |
| SUBTOTAL SHIP DATE 20050428 | | | | | | 59.52 |
| CARLSMITH BALL LLP 134 N SOLEDAD AVE STE 401 AGANA GU 96910-5057 | CARLSMITH BALL LLP STE 2200 1001 BISHOP ST HONOLULU HI 96813 ZONE 13 | 8278165405 04/29/05 1/ 1 | DOC/NON-DUT. PKG DISCOUNT FUEL SURCHARGE | 32.75 -12.14 | 20.61 2.16 | 22.77 |
| SUBTOTAL DESTINATION SERVICE CENTER HNL | | | | | | 22.77 |
| CARLSMITH BALL LLP 134 N SOLEDAD AVE STE 401 AGANA GU 96910-5057 | CARLSMITH BALL LLP CARLSMITH BLDG CAPITOL HILL SAIPAN SAIPAN 96950 ZONE 3 | 8381910913 04/29/05 1/ 1 | DOC/NON-DUT. PKG FUEL SURCHARGE | | 11.29 1.19 | 12.48 |
| SUBTOTAL DESTINATION SERVICE CENTER SPN | | | | | | 12.48 |
| CARLSMITH BALL LLP 134 N SOLEDAD AVE STE 401 AGANA GU 96910-5057 SKY PROPERTIES INC 053719 00001 | MITSUBISHI CORP AEROSPACE DIVISION 16 3 KONAN 2 CHOME TOKYO JAPAN 1088228 | 7588315044 04/29/05 1/ 1 | EXPRESS DOCUMENT FUEL SURCHARGE | | 33.02 3.47 | 36.49 |
| SUBTOTAL DESTINATION SERVICE CENTER TYO | | | | | | 36.49 |
| SUBTOTAL SHIP DATE 20050429 | | | | | | 71.74 |
| CARLSMITH BALL LLP 134 N SOLEDAD AVE STE 401 AGANA GU 96910-5057 | CARLSMITH BALL LLP STE 2200 1001 BISHOP ST HONOLULU HI 96813 ZONE 13 | 8278165416 05/02/05 1/ 2 | DOC/NON-DUT. PKG DISCOUNT FUEL SURCHARGE | 36.21 -12.43 | 23.78 3.21 | 26.99 |
| SUBTOTAL DESTINATION SERVICE CENTER HNL | | | | | | 26.99 |
| SUBTOTAL SHIP DATE 20050502 | | | | | | 26.99 |
| SUBTOTAL SHIPPER ACCOUNT NUMBER 910435547 | | | | | | 269.88 |
| CARLSMITH BALL WICHMAN CASE & ICHIKI PO BOX 5241 SAIPAN MP 96950-5241 057807-00001 | MITSI SUMITOMO INSURANCE CO SURUGASAI KANDA CHIYODA KU TOKYO JAPAN JAPAN 100 | 8294377243 04/27/05 1/ 2 | DOC/NON-DUT. PKG FUEL SURCHARGE | | 42.07 4.42 | 46.49 |
| SUBTOTAL DESTINATION SERVICE CENTER TYO | | | | | | 46.49 |
| SUBTOTAL SHIP DATE 20050427 | | | | | | 46.49 |
| CARLSMITH BALL WICHMAN CASE & ICHIKI PO BOX 5241 SAIPAN MP 96950-5241 013280-00086 | CARLSMITH BALL WICHMAN CASE STE 401 BANK OF HAWAII BLDG AGANA GU 96910 ZONE 3 | 7995533744 04/29/05 1/ 1 | EXPRESS DOCUMENT FUEL SURCHARGE | | 10.65 1.12 | 11.77 |

THANK YOU FOR CHOOSING DHL    For invoice questions, call 1-800-722-0081

FEDERAL ID 94-3380425