ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
J.PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan



FILED
DISTRICT COURT OF GUAM

JUL 14 2005

MARY L.M. MORAN
CLERK OF COURT



IN THE DISTRICT COURT OF GUAM

| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>ELMA TMECHERUR and MADELINE RUBASCH,<br><br>Defendants. | CIVIL CASE NO. 04-00032<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES AND COSTS** |
|---|---|

Continental's request for Attorneys' Fees and Costs associated with entering Default is hereby GRANTED.

It is ORDERED that Defendants reimburse Plaintiff for its Attorneys Fees in the amount of $ 2,210 and Costs in the amount of $ 302.09 associated with entering Default in this case.

SO ORDERED: 7/15/05

RECEIVED
JUL 13 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Designated Judge, District Court of Guam
**ROBERT M. TAKASUGI**

4830-7690-8288.1.013280-00086