

**FILED**
DISTRICT COURT OF GUAM

JUL 19 2005

MARY L.M. MORAN
CLERK OF COURT



UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC, 401(K) SAVINGS PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>ELMA TMECHERUR and MADELINE RUBASCH,<br><br>Defendants. | CIVIL CASE NO. 04-00032<br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the following:

1. Findings of Fact and Recommendations filed June 15, 2005,

2. Order filed July 8, 2005, and

3. Order Granting Plaintiff's Application for Attorney's Fees and Costs filed July 14, 2005.

Dated this 19th day of July, 2005, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

Notice is hereby given that this document was entered on the docket on JUL 19 2005.
No separate notice of entry on the docket will be issued by this Court.
　　Mary L. M. Moran
　　Clerk, District Court of Guam
By: _____  JUL 19 2005
　　Deputy Clerk　　Date

By: _____
　　Deputy Clerk