ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Continental Micronesia, Inc.
401(K) Savings Plan

FILED
DISTRICT COURT OF GUAM
JUL 27 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CONTINENTAL MICRONESIA, INC. 401(K) SAVINGS PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>ELMA TMECHERUR and MADELINE RUBASCH,<br><br>Defendants. | CIVIL CASE NO. 04-00032<br><br>**DECLARATION OF SERVICE** |

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on July 26, 2005, I served, a true and correct copy of the **Order Granting Plaintiff's Application for Attorneys' Fees and Costs filed July 14, 2005**, via hand delivery upon Defendant Elma Tmecherur and, via U.S. postal service, registered mail upon Ms. Madeline Rubasch at Post Office Box 874, Koror, PW 96940.

Executed this 26th day of July 2005 at Hagåtña, Guam.

DAVID LEDGER